# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Denise Tatum, Personal Representative of the Estate of John "Jack" Tatum, Deceased; Bobby E. Abrams, Jr.; Stefon L. Adams; Chidi Ahanotu; Theodore C. Albrecht; Vince Albritton; Michael D. Alford; James D. Allen; Fred Anderson; Kim Anderson; Eddie L. Anderson, Jr; Marcus J. Anderson; Alfred A. Anderson; William L. Andrews; William D. Andrews; Charles Anthony; Joseph P. Aska, Jr.; George H. Atkinson; Ocie M. Austin; Steve Baack; Elmer F. Bailey; Mario Bailey; Stacey Bailey; Thomas A. Bailey; Jeffrey S. Baker; James A. Baker; Michael R. Baldassin; Lester Baldwin; Peter A. Banaszak; Frederick R. Banks; Estes M. Banks; Michael K. Bankston, Sr.; Warren Bankston; William A. Bartee; Anthony Bass; Patrick Batteaux; Douglas L. Beaudoin; Aubrey Beavers; Rogers Beckett; Thomas Beer; Grantis Bell; Mitchell Benson; Donald Bessillieu; Keith Biggers; Jeff Blackshear; Horatio Blades; Michael Blair; Carl N. Bland; Phillip Bobo; Michael J. Boryla; William Keith Bostic; Tony Bouie; James Bowden; Charles Bowser; Henry A. Bradley; Kyle Brady; Rickey L. Brady; John W. Brandes; Solomon E. Brannan; Sean Brewer; Christopher J. Brewer; Timothy W. Broady; Willie L. Broughton; Clifford Brown; Reginald V. Brown; Robert Lee Brown; Terry Brown; Raymond M. Brown; Cedric W. Brown; James H. Brown; Anthony Q. Brown; Lawrence Brown, Jr.; Joey M. Browner; William G. Brundige; Robert P. Brunet; Maurice Bryant; Warren Bryant; Vince L. Buck; Douglas Buffone; Daniel Buggs; Rudolph A. Bukich; Ronald D. Bull; John S. Bunting; John A. Burch, III; Scott Burk; Lem Burnham; Jeffrey Burris; Dexter M. Bussey; Bobby Butler; Hillary Butler; William F. Butler; Brian D. Cabral; Kenneth Callicutt; Christopher Calloway; Joseph Campbell, Jr.; LaMar C. Campbell; Gary K. Campbell; James T. Cannida, II; Alphonso Carreker; Ahmad R. Carroll; Jonathan T. Carter; Marty Carter; Michael | Civil Action No.<br><br>**COMPLAINT** |

1

D. Carter; Pat Carter; Shante Carver; Tom Cavallo;    )
Lindsey Chapman; Albert Chesley; Raymond T.    )
Chester; Gene A. Chilton; Brandon W. Christenson;    )
Jeffrey A. Christy; Darryl Clack; Renee Turner,    )
Personal Representative of the Estate of Al Clark,    )
Deceased; Jamal Clark; Phil Clarke; Raymond    )
Clayborn; Harvey Clayton; Jonathan Clinkscale;    )
Daniel M. Colchico; Robin Cole; Lincoln C.    )
Coleman, Jr.; Fredrick D. Coleman; Anthony A.    )
Collins; Ron Collins; Fred H. Cook, III; Robert    )
Coons; Obadiah Cooper; Horace Copeland; Lou A.    )
Cordileone; Tony Covington; Aaron Cox; Claude    )
Crabb; Francisco Craig; Roger T. Craig; Zachary    )
Crockett; Peter J. Cronan; Corey V. Croom;    )
Cleveland Crosby; Harry M. Crump; Robert J.    )
Cryder; George E. Cumby; Julian Douglas    )
Cunningham; Patrick Cunningham; Eric F. Curry;    )
George J. Curry, Jr.; Matt Darby; Kenneth    )
Davidson; Ennis R. Davis, II ; Michael R. Davis;    )
Oliver Davis; Thabiti Davis; Darrell O. Davis;    )
Robert E. Davis, Jr.; John H. Davis; Kenneth E.    )
Davis; Benjamin F. Davis; Vernon W. Dean; Joe    )
DeLamielleure; Brian C. DeRoo; Dennis    )
DeVaughn; Kevin Devine; Anthony C. Dickerson;    )
Doug H. Dieken; Stacey Dillard; Adrian Dingle;    )
Hanford L. Dixon; Ronald Dixon; Stephen G. Doig;    )
Rome Douglas; Edward Drummond; Elbert    )
Dubenion; Bobby R. Duckworth; Mark S. Duper;    )
John Ebersole; Bobby J. Edmonds, Jr.; Larry    )
Edwards; Tyrone Edwards; Kelvin Edwards; Joyce    )
Edwards, Personal Representative of the Estate of    )
Daniel M. Edwards, Deceased; Ronald Egloff;    )
Kolas D. Elion; Allan D. Ellis, Sr.; James Elrod;    )
Aaron Emanuel; Phillip E. Epps; Alex A. Espinoza;    )
Gregory Evans; Mario Fatafehi; Marlon Favorite;    )
Keith T. Ferguson; Howard Fest; Ascotti Fields;    )
Laurie Finnie, Personal Representative of the Estate    )
of Rogers L. Finnie, Deceased; James M. Flanigan,    )
Sr.; Paul Flatley; Bernard Ford; Bradford J. Ford;    )
Darryl D. Ford; Lonnie Ford; Barry Foster; Larry    )
Foster; Timothy R. Fox; Donald Frank; Robert J.    )
Fredrickson; Dominic Furio; John B. Galvin, Jr.;    )
Mike Gann; Talman Gardner; Percell M. Gaskins;    )
Louis J. Giammona; Antonio Gibson; David    )
Gibson; Jon Giesler; Oscar Giles; Darrell Gill; John    )
Gilmore; Reginald J. Gipson; Brian Glasgow;    )

Glenn Glass; William S. Glass; George Goeddeke;    )
Derrel Gofourth; Jon G. Goldsberry; Chris Goode;    )
Cornell Gowdy; William Graham; Darryl Grant;    )
Marsharne Graves; Rory Graves; Terry Gray;    )
David L. Grayson, Jr.; David L. Grayson, Sr.; Hugh    )
Green; Roy Green; Samuel Germinaro, Personal    )
Representative of the Estate of L.C. Greenwood,    )
Deceased; Forrest Gregg; Jeff Griffin; James    )
Grigsby; Eric Guliford; Isaac Hagins; Delton D.    )
Hall; Lynell Hamilton; Malcolm Hamilton; Gary A.    )
Hammond; Jermaine Hampton; Lorenzo Hampton;    )
Rodney Hampton; Christian Hanburger, Jr.;    )
Terrrence H. Hanratty; William Hardison; Cedrick    )
W. Hardman; Anthony Hargain; Ed Hargrove;    )
James C. Harrell, Jr; Elroy Harris, Jr; Joe Harris;    )
Duriel Harris; Kymara Harris, Personal    )
Representative of the Estate of Eric W. Harris,    )
Deceased; Dwight Harrison; Lloyd Harrison; James    )
W. Hart; Wayne A. Hawkins; Gregory Hawthorne;    )
Frederick R. Hayes; Thomas Hayes, Jr.; Patrick D.    )
Heenan; Nathaniel Hemsley; Keith Henderson;    )
Thomas E. Hendricks, III; Terry A. Hermeling;    )
Kenneth B. Herock; Tom Herter; Jessie Lee Hester;    )
Dallas Hickman; Victor L. Hicks; J.D. Hill;    )
LonZell Hill; Lovell Hill; Raion Y. Hill; Richard    )
Himes; Bryan Hinkle; Lee E. Hitt; Floyd Hodge;    )
Joseph Holmes; Bryan Hooks; Melvin Hoover;    )
Samuel W. Horner, III; Artis Houston; Robert A.    )
Howard; Garry W. Howe; David A. Hughes, III;    )
David H. Humm; Patrick Hunter; Gaylon Hyder;    )
Robert J. Hyland; Sedrick M. Irvin; Raghib R.    )
Ismail; Eddie Lee Ivery; Harold L. Jackson; Jeffrey    )
P. Jackson; Richard S. Jackson; Jabari Jackson;    )
Tyoka Jackson; Patrick Jackson; Stephen F.    )
Jackson; William C. Jaco; Ray A. Jacobs; Roland    )
James; George Jamison; John Janata; Leon R.    )
Jarvis; Ralph L. Jecha; Melvin Jenkins; Ronney    )
Jenkins; Alfred J. Jenkins; James C. Jensen; Akili    )
Johnson; Dirk Johnson; Eric D. Johnson; Troy D.    )
Johnson; Dwight Johnson; William W. Johnson;    )
Aaron D. Jones, II; Anthony A. Jones; Broderick    )
Jones; Kirk Cameron Jones; James R. Jones; Brian    )
Jones; Clarence T. Jones; William T. Judson;    )
Terrell Jurineack; Kevin Kaesviharn; John Kaiser;    )
Larry M. Kaminski; Ernest Kellerman; Kareem    )
Kelly; James W. Kelly, Jr.; Derek Kennard; Rex W.    )

Kern; Wade Key; Emanuel King; Stephen G. King;      )
Horace E. King; Kelly Kirchbaum; Louis Kirouac;     )
Joseph Klopfenstein; Thomas L. Knight; Mary Lee     )
Kocourek, Personal Representative of the Estate of  )
David A. Kocourek, Deceased; Robert H. Kohrs;       )
Steve Korte; Kent Kramer; Robert Kuechenberg;       )
Ralph Kurek; Paul Laaveg; Charles W. Lamson;        )
Sean E. Landeta; Kareem M. Larrimore; Henry         )
Lawrence; Clarence LeBlanc; Edward P. Lee; Keith    )
Lee; Dorsey Levens; David Lewis; Frank D. Lewis;    )
Ronnie Lippett; Louis Lipps; Eugene Lockhart, Jr.;  )
Kristie Long, Personal Representative of the Estate )
of Douglas M. Long, Deceased; Duval L. Love;        )
Dominic G. Lowery; Chad Lucas; Michael Lush;        )
Larry M. Mallory; Van Malone; William H.            )
Mandley; Henry Dejhown Mandley; Anthony             )
Marshall; Leonard A. Marshall; Marvin Marshall;     )
Emanuel Martin; Eric W. Martin; Edward Martin;      )
Patrick W. Matson; Ira R. Matthews, III; Eric       )
Matthews; Vernon Maxwell; Deems May; Alonzo         )
Mayes; Corey Mayfield; Corey Mays; Mark             )
McCants; Dewey L. McClain; Brent McClanahan;        )
Kenneth McClendon; John McDaniel; Ramos            )
McDonald; Hugh McElheny; Ray E. McElroy; Jeff       )
McIntyre; Michael W. McKibben; Kevin McLeod;        )
Bruce McNorton; Rodney McSwain; Michael L.          )
Meade; Richard Mercier; Frank G. Mestnik;           )
Charles E. Miller; Danny Miller; Carl Miller; Eric  )
Mitchel; Derrell Mitchell; Lyvonia Mitchell; Singor )
Mobley; Christopher G. Mohr; Joe Montgomery;        )
Alvin Moore; Reginald Moore; Earthwind              )
Moreland; Stanley D. Morgan; Byron Morris;          )
James Morrissey; Mark S. Murphy; Leon C.            )
Murray; Frank Myers, Craig M. Nall; Terna Nande;    )
Steve Nelson; Kendall M. Newson; Cameron L.         )
Newton; Karl P. Noonan; Erik Norgard; Donald        )
Norton; Don Nottingham; Brent H. Novoselsky;        )
Ifeanyi Ohalete; Chris Oldham; John L. Outlaw;      )
Jerry L. Overton; Loren Owens; Marvin D. Owens;     )
Morris Owens; Richard Palmer; Richard M.            )
Palmer; Chris Pane; Bernard P. Parrish; Edward      )
Payton; Dave Pear; Marion Todd Peat; Christopher    )
Penn; Antonio Perkins; Calvin E. Peterson; Charles  )
Pharms, III; Delvic Philyaw; Robert J. Pickens;     )
Damon Pieri; Myron Pottios; Roosevelt Potts;        )
Philip M. Pozderac; Eugene N. Prebola; Andre        )

President; Shawn Price; Anthony E. Prior; James )
Pruitt; Jethro Pugh, Jr.; William Rademacher; )
Thomas C. Randolph; Darrol Ray; Terry Ray; Rick )
Razzano, Sr.; John Reaves; K. Anthony Redmon; )
Daniel L. Reece, Sr,; Frank Reed; Oscar Reed; )
Johnny Rembert; Melvin Renfro; Thomas L. )
Rentzel; Derrick S. Reynolds; Benito Ricardo; )
Randy W. Rich; Gloster Richardson; Willie )
Richardson; John G. Roach; James E. Robbins; )
Randy Robbins; William Roberts; Bernard H. )
Robertson, III; Rob Robertson; Isiah Robertson; )
Mark L. Robinson; Melvin D. Robinson; Shelton D. )
Robinson; Mark T. Rodenhauser; Kendrick D. )
Rogers; Reginald Rogers, Sr.; Juan A. Roque; )
Oliver Ross; Council Rudolph; Reynard )
Rutherford; John J. Saldi; Greg Sampson; Clarence )
Sanders; Justin Sandy; Richard F. Sanford; Terry R. )
Schmidt; Michael Schneck; Robert E. Schobel; )
Larry Schreiber; Adam B. Schreiber; Steven W. )
Schubert; William Schultz; Willard Scissum; Kevin )
Scott; Leon Seals; Robert S. Selby; Adam Seward; )
Curtis Shearer; Jason Shelley; Sanders Shiver; Les )
Shy; Antuan Simmons; David B. Sims; Daryle )
Skaugstad; Thomas E. Skladany; Donald F. )
Smerek; Antowain D. Smith; Derek Smith; Edward )
M. Smith; JeMone Smith;  John H. Smith; John T. )
Smith; Lance Smith; Omar Smith; Philip Smith; )
Reginald L. Smith; Ronnie B. Smith; Robert L. )
Smith; Trent Smith; James Spencer; Rich Stephens; )
Curt Stephenson; James P. Stewart; Ryan Stewart; )
Arthur B. Still; Walter Stith; Ralph Stockemer; )
Dwight Stone; Michael Strachan; Eric Sutton; )
Steven P. Sylvester; John A. Tarver; Alphonso )
Taylor; Eugene Y. Taylor; William T. Taylor; )
Robert E. Taylor; Mark A. Thomas; Arthur W. )
Thoms; Lewis D. Tillman; Gregory D. Tolver, Jr.; )
Stephen D. Towle; Wendell Tucker; Odessa Turner; )
Greg Turner; Maurice Tyler; Wendell A. Tyler; )
Timothy G. Tyrrell; Richard Van Druten; Doug )
Van Horn; James P. Van Wagner; Patrick Venzke; )
Clarence Verdin; George Visger; Mark Walczak; )
William S. Walik; Bruce Walker; Charles D. )
Walker; Anthony Wallace; Charles Wesley Walls; )
William Ward Walsh; Gayle Ward, Personal )
Representative of the Estate of John Henry Ward, )
Deceased; Derek G. Ware; Paul D. Warfield; Tina )

Ricks, Personal Representative of the Estate of          )
Andre Waters, Deceased; Charles T. Waters;               )
Robert A. Watkins; Richard J. Watters; Robert            )
Weathers; Jonathan Welsh; Theodore Wheeler, III;         )
David M. White; Russell White; Sherman White;            )
A.D. Whitfield, Jr.; David Widell; Paul A. Wiggins;      )
James David Wilkins, II; Calvin J. Williams, Jr;         )
Delvin Williams; Eric Williams; Kendall Williams;        )
Lester J. Williams; Marcus Williams, Jr.; Newton         )
Williams; Oliver Williams, Jr.; John A. Williams;        )
John L. Williams; James E. Williams; Darryl E.           )
Williams; Erik G. Williams; Michael H. Williams;         )
Roydell Williams; Walter Williams; Dudley                )
Williams; Lee Williamson; Donald Wilson;                 )
Sirmawn Wilson; Gillis Wilson; Jeffrey D. Winans;        )
Joseph Wolf; Terry Wright; Toby L. Wright;               )
Torrey Wright; Louis D. Wright; Destry Wright;           )
Steve T. Wright; Renard Young; Frank M. Youso;           )
Steven Zabel; Emanuel Zanders; Edward R. Zeman;          )
Scott Zimmerman and Eric Zomalt;                         )
                                                         )
        Plaintiffs,                                      )
                                                         )
vs.                                                      )
                                                         )
National Football League, NFL Films, Inc. and            )
NFL Productions, L.L.C.                                  )
                                                         )
        Defendants.

## COMPLAINT

Plaintiffs by and through undersigned counsel, state the following:

## BACKGROUND

1.      Plaintiffs are retired National Football League ("NFL") football players. They
have been injured as a result of NFL Defendants' unauthorized use of their identities, including
but not limited to their names, images, symbols, and likenesses, for the purpose of promoting the
NFL, selling NFL-related products, and otherwise generating income for the NFL Defendants
and the NFL's member teams.

2.       Over the course of decades, NFL Defendants have earned substantial revenue by producing promotional films and selling products featuring the identities of retired NFL football players, including Plaintiffs. The NFL Defendants' glorification of the NFL's past is a marketing and advertising strategy used to convey authenticity, enhance the NFL's brand awareness and increase the NFL Defendants' revenue.

3.       Unfortunately, the retired players whose feats are used to advertise the NFL are not and have never been compensated by the NFL Defendants for the use of their identities.

4.       NFL Defendants' conduct has violated, and continues to violate, Plaintiffs' rights of publicity and other statutory and common laws. As a result of these violations, Plaintiffs bring this action seeking compensation for the NFL Defendants' past unauthorized use of their identities and to stop this egregious misconduct going forward.

## PARTIES

5.       Plaintiffs have all opted out of the proposed settlement class in *Dryer v. NFL,* 09-CV-2182 (D. Minn.). Their former membership in that proposed class tolls the limitation period for the claims brought in this Complaint.

6.       Plaintiff Denise Tatum, personal representative of the Estate of John D. "Jack" Tatum, Deceased, is a resident of California. John D. "Jack" Tatum was a retired NFL player who played for the Oakland Raiders from 1971 to 1979 and the Houston Oilers in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization or the authorization of his estate, causing him injury.

7.       Plaintiff Bobby E. Abrams, Jr., is a resident of Alabama. He is a retired NFL player who played for the New York Giants from 1990 to 1991, the Cleveland Browns in 1992, the Dallas Cowboys from 1992 to 1993, the Minnesota Vikings from 1993 to 1994, and the New

England Patriots from 1995 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

8.     Plaintiff Stefon L. Adams is a resident of Georgia. He is a retired NFL player who played for the Los Angeles Raiders from 1985 to 1989, the Cleveland Browns in 1989, and the Miami Dolphins in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

9.     Plaintiff Chidi Ahanotu is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1993 to 2000, the St. Louis Rams in 2001, the Buffalo Bills in 2002, the San Francisco 49ers in 2003, the Miami Dolphins in 2004, and the Tampa Bay Buccaneers in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

10.     Plaintiff Theodore C. Albrecht is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1977 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

11.     Plaintiff Vince Albritton is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1984 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

12.     Plaintiff Michael D. Alford is a resident of Alabama. He is a retired NFL player who played for the St. Louis Cardinals from 1965 to 1966, and the Detroit Lions from 1967 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

13.     Plaintiff James D. Allen is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 2002 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

14.     Plaintiff Fred Anderson is a resident of Washington. He is a retired NFL player who played for the Pittsburgh Steelers from 1978 to 1979, and the Seattle Seahawks from 1980 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

15.     Plaintiff Kim Anderson is a resident of California. He is a retired NFL player who played for the Baltimore Colts from 1979 to 1983 and the Indianapolis Colts in 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

16.     Plaintiff Eddie L. Anderson, Jr, is a resident of Georgia. He is a retired NFL player who played for the Seattle Seahawks in 1986, the Los Angeles Raiders from 1987 to 1994, and the Oakland Raiders from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

17.     Plaintiff Marcus J. Anderson is a resident of Texas. He is a retired NFL player who played for the Los Angeles Rams in 1981, and the Chicago Bears in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

18.     Plaintiff Alfred A. Anderson is a resident of Texas. He is a retired NFL player who played for the Minnesota Vikings from 1984 to 1991. Upon information and belief, his

image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

19.     Plaintiff William L. Andrews is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1979 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

20.     Plaintiff William D. Andrews is a resident of Louisiana. He is a retired NFL player who played for the Cleveland Browns from 1967 to 1974, the San Diego Chargers in 1975, and the Kansas City Chiefs from 1976 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

21.     Plaintiff Charles Anthony is a resident of California. He is a retired NFL player who played for the San Diego Chargers from 1974 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

22.     Plaintiff Joseph P. Aska, Jr., is a resident of Oklahoma. He is a retired NFL player who played for the Oakland Raiders from 1995 to 1998, and the Indianapolis Colts in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

23.     Plaintiff George H. Atkinson is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 1968 to 1977 and the Denver Broncos in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

24.     Plaintiff Ocie M. Austin is a resident of California. He is a retired NFL player who played for the Baltimore Colts from 1968 to 1969, and the Pittsburgh Steelers from 1970 to 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

25.     Plaintiff Steve Baack is a resident of Oregon. He is a retired NFL player who played for the Detroit Lions from 1984 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

26.     Plaintiff Elmer F. Bailey is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1980 to 1981, and the Baltimore Colts in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

27.     Plaintiff Mario Bailey is a resident of Washington. He is a retired NFL player who played for the Houston Oilers from 1992 to 1995, and the Seattle Seahawks in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

28.     Plaintiff Stacey Bailey is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1982 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

29.     Plaintiff Thomas A. Bailey is a resident of Michigan. He is a retired NFL player who played for the Cincinnati Bengals from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his

authorization, causing him injury.

30.     Plaintiff Jeffrey S. Baker is a resident of California. He is a retired NFL player who played for the Buffalo Bills in 1972, and the Denver Broncos from 1973 to 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

31.     Plaintiff James A. Baker is a resident of Ohio. He is a retired NFL player who played for the Detroit Lions from 1978 to 1982, the St. Louis Cardinals from 1983 to 1986, the Cleveland Browns in 1987, and the Minnesota Vikings in 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

32.     Plaintiff Michael R. Baldassin is a resident of Washington. He is a retired NFL player who played for the San Francisco 49ers from 1977 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

33.     Plaintiff Lester Baldwin is a resident of Texas. He is a retired NFL player who played for the Los Angeles Raiders in 1987 and the Buffalo Bills from 1987 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

34.     Plaintiff Peter A. Banaszak is a resident of Florida. He is a retired NFL player who played for the Oakland Raiders from 1966 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

35.    Plaintiff Frederick R. Banks is a resident of Georgia. He is a retired NFL player who played for the Cleveland Browns in 1985, the Miami Dolphins from 1986 to 1992, and the Chicago Bears in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

36.    Plaintiff Estes M. Banks is a resident of Colorado. He is a retired NFL player who played for the Oakland Raiders from 1967 to 1968, and the Cincinnati Bengals in 1969. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

37.    Plaintiff Michael K. Bankston, Sr., is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1992 to 1997, and the Cincinnati Bengals from 1998 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

38.    Plaintiff Warren Bankston is a resident of Louisiana. He is a retired NFL player who played for the Pittsburgh Steelers from 1969 to 1972, and the Oakland Raiders from 1973 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

39.    Plaintiff William A. Bartee is a resident of Florida. He is a retired NFL player who played for the Kansas City Chiefs from 2000 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

40.    Plaintiff Anthony Bass is a resident of Minnesota. He is a retired NFL player who played for the Minnesota Vikings from 1998 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

41.    Plaintiff Patrick Batteaux is a resident of Texas. He is a retired NFL player who played for the San Diego Chargers from 2000 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

42.    Plaintiff Douglas L. Beaudoin is a resident of Florida. He is a retired NFL player who played for the New England Patriots from 1976 to 1979, the Miami Dolphins in 1980, and the San Diego Chargers from 1981 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

43.    Plaintiff Aubrey Beavers is a resident of Texas. He is a retired NFL player who played for the Miami Dolphins from 1994 to 1995, and the New York Jets in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

44.    Plaintiff Rogers Beckett is a resident of Florida. He is a retired NFL player who played for the San Diego Chargers from 2000 to 2003, and the Cincinnati Bengals from 2003 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

45.    Plaintiff Thomas Beer is a resident of New Jersey. He is a retired NFL player who played for the Denver Broncos from 1967 to 1969, and the New England Patriots from 1970 to 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

46.     Plaintiff Grantis Bell is a resident of Florida. He is a retired NFL player who played for the Washington Redskins in 1989, and the New York Jets from 1990 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

47.     Plaintiff Mitchell Benson is a resident of Indiana. He is a retired NFL player who played for the Indianapolis Colts from 1989 to 1990, and the San Diego Chargers from 1991 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

48.     Plaintiff Donald Bessillieu is a resident of Georgia. He is a retired NFL player who played for the Miami Dolphins from 1979 to 1981, the St. Louis Cardinals in 1982 and the Los Angeles Raiders from 1983 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

49.     Plaintiff Keith Biggers is a resident of California. He is a retired NFL player who played for the Washington Redskins in 1985, and the Indianapolis Colts in 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

50.     Plaintiff Jeff Blackshear is a resident of Maryland. He is a retired NFL player who played for the Seattle Seahawks from 1993 to 1995, the Baltimore Ravens from 1996 to 1999, the Kansas City Chiefs in 2000, and the Green Bay Packers from 2002 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

51.     Plaintiff Horatio Blades is a resident of Florida. He is a retired NFL player who

played for the Detroit Lions from 1988 to 1996, and the Seattle Seahawks in 1997. Upon

information and belief, his image has been used and continues to be used in productions of NFL

Films without his authorization, causing him injury.

52.    Plaintiff Michael Blair is a resident of Illinois. He is a retired NFL player who

played for the Kansas City Chiefs, Green Bay Packers, Cincinnati Bengals, Cleveland Browns,

and the New Orleans Saints from 1996 to 2000. Upon information and belief, his image has been

used and continues to be used in productions of NFL Films without his authorization, causing

him injury.

53.    Plaintiff Carl N. Bland is a resident of Missouri. He is a retired NFL player who

played for the Detroit Lions from 1984 to 1988, and the Green Bay Packers from 1989 to 1990.

Upon information and belief, his image has been used and continues to be used in productions of

NFL Films without his authorization, causing him injury.

54.    Plaintiff Phillip Bobo is a resident of California. He is a retired NFL player who

played for the Los Angeles Rams in 1993, the Oakland Raiders from 1995 to 1996, and the

Oakland Raiders in 1998. Upon information and belief, his image has been used and continues to

be used in productions of NFL Films without his authorization, causing him injury.

55.    Plaintiff Michael J. Boryla is a resident of Colorado. He is a retired NFL player

who played for the Philadelphia Eagles from 1974 to 1976, and the Tampa Bay Buccaneers from

1977 to 1978. Upon information and belief, his image has been used and continues to be used in

productions of NFL Films without his authorization, causing him injury.

56.    Plaintiff William Keith Bostic is a resident of Texas. He is a retired NFL player

who played for the Houston Oilers from 1983 to 1988 and the Cleveland Browns in 1990. Upon

information and belief, his image has been used and continues to be used in productions of NFL

16

Films without his authorization, causing him injury.

57.     Plaintiff Tony Bouie is a resident of Arizona. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1995 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

58.     Plaintiff James Bowden is a resident of North Carolina. He is a retired NFL player who played for the Baltimore Ravens from 1996 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

59.     Plaintiff Charles Bowser is a resident of Virginia. He is a retired NFL player who played for the Miami Dolphins from 1982 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

60.     Plaintiff Henry A. Bradley is a resident of California. He is a retired NFL player who played for the Cleveland Browns from 1979 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

61.     Plaintiff Kyle Brady is a resident of Florida. He is a retired NFL player who played for the New York Jets from 1995 to 1998, the Jacksonville Jaguars from 1999 to 2006, and the New England Patriots in 2007. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

62.     Plaintiff Rickey L. Brady is a resident of Oklahoma. He is a retired NFL player who played for the Los Angeles Rams in 1994, the Philadelphia Eagles in 1995, and the Tampa

Bay Buccaneers in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

63.     Plaintiff John W. Brandes is a resident of Texas. He is a retired NFL player who played for the Indianapolis Colts from 1987 to 1989, the Washington Redskins from 1990 to 1991, the New York Giants in 1992, and the San Francisco 49ers from 1993 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

64.     Plaintiff Solomon E. Brannan is a resident of Georgia. He is a retired NFL player who played for the Kansas City Chiefs from 1965 to 1966, the New York Jets from 1967 to 1968, the Cincinnati Bengals from 1969 to 1972, and the Detroit Lions from 1973 to 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

65.     Plaintiff Sean Brewer is a resident of California. He is a retired NFL player who played for the Cincinnati Bengals from 2001 to 2002, the Atlanta Falcons in 2003, the Washington Redskins in 2004, and the San Diego Chargers in 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

66.     Plaintiff Christopher J. Brewer is a resident of Florida. He is a retired NFL player who played for the San Francisco 49ers from 2006 to 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

67.     Plaintiff Timothy W. Broady is a resident of Georgia. He is a retired NFL player who played for the Seattle Seahawks from 1989 to 1990, the Detroit Lions in 1991, and the

Philadelphia Eagles in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

68.    Plaintiff Willie L. Broughton is a resident of Texas. He is a retired NFL player who played for the Indianapolis Colts from 1985 to 1986, the Dallas Cowboys from 1989 to 1990, the Oakland Raiders from 1992 to 1993, the New Orleans Saints from 1995 to 1996, and the Miami Dolphins in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

69.    Plaintiff Clifford Brown is a resident of Alabama. He is a retired NFL player who played for the New England Patriots in 1976, the Green Bay Packers in 1977, and the New England Patriots in 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

70.    Plaintiff Reginald V. Brown is a resident of New Jersey. He is a retired NFL player who played for the Atlanta Falcons from 1982 to 1983, the Tampa Bay Buccaneers in 1986, and the Philadelphia Eagles in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

71.    Plaintiff Robert Lee Brown is a resident of Maryland. He is a retired NFL player who played for the Green Bay Packers from 1982 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

72.    Plaintiff Terry Brown is a resident of Oklahoma. He is a retired NFL player who played for the St. Louis Cardinals from 1969 to 1971, the Minnesota Vikings from 1972 to 1975, and the Cleveland Browns in 1976. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

73.    Plaintiff Raymond M. Brown is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1971 to 1977, and the New Orleans Saints from 1978 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

74.    Plaintiff Cedric W. Brown is a resident of Oklahoma. He is a retired NFL player who played for the Oakland Raiders in 1976, and the Tampa Bay Buccaneers from 1977 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

75.    Plaintiff James H. Brown is a resident of Maryland. He is a retired NFL player who played for the Miami Dolphins from 1989 to 1996, the Pittsburgh Steelers in 1997, the Arizona Cardinals in 1998, and the Detroit Lions from 1999 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

76.    Plaintiff Anthony Q. Brown is a resident of Texas. He is a retired NFL player who played for the Cincinnati Bengals from 1995 to 1999, and the Pittsburgh Steelers from 1999 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

77.    Plaintiff Lawrence Brown, Jr., is a resident of Maryland. He is a retired NFL player who played for the Washington Redskins from 1967 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

78.     Plaintiff Joey M. Browner is a resident of Minnesota. He is a retired NFL player who played for the Minnesota Vikings from 1983 to 1991, and the Tampa Bay Buccaneers in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

79.     Plaintiff William G. Brundige is a resident of Tennessee. He is a retired NFL player who played for the Washington Redskins from 1970 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

80.     Plaintiff Robert P. Brunet is a resident of Louisiana. He is a retired NFL player who played for the Washington Redskins from 1968 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

81.     Plaintiff Maurice Bryant is a resident of California. He is a retired NFL player who played for the Tennessee Titans from 1998 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

82.     Plaintiff Warren Bryant is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1977 to 1984, and the Los Angeles Raiders in 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

83.     Plaintiff Vince L. Buck is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 1990 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

84.     Plaintiff Douglas Buffone is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1966 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

85.     Plaintiff Daniel Buggs is a resident of Georgia. He is a retired NFL player who played for the New York Giants from 1975 to 1976, and the Washington Redskins from 1977 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

86.     Plaintiff Rudolph A. Bukich is a resident of California.  He is a retired NFL player who played for the Los Angeles Rams from 1953 to 1956, the Washington Redskins in 1957, the Chicago Bears in 1958, the Chicago Bears in 1959, the Pittsburgh Steelers from 1960 to 1961, and the Chicago Bears from 1962 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

87.     Plaintiff Ronald D. Bull is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1962 to 1970 and the Philadelphia Eagles in 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

88.     Plaintiff John S. Bunting is a resident of North Carolina. He is a retired NFL player who played for the Philadelphia Eagles from 1972 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

89.    Plaintiff John A. Burch, III, is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1989 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

90.    Plaintiff Scott Burk is a resident of Colorado. He is a retired NFL player who played for the Cincinnati Bengals in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

91.    Plaintiff Lem Burnham is a resident of New Jersey. He is a retired NFL player who played for the Philadelphia Eagles from 1977 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

92.    Plaintiff Jeffrey Burris is a resident of Indiana. He is a retired NFL player who played for the Buffalo Bills from 1994 to 1998, the Indianapolis Colts from 1998 to 2002, and the Cincinnati Bengals from 2002 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

93.    Plaintiff Dexter M. Bussey is a resident of Michigan. He is a retired NFL player who played for the Detroit Lions from 1974 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

94.    Plaintiff Bobby Butler is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1981 to 1992. Upon information and belief, his image has

been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

95.    Plaintiff Hillary Butler is a resident of Washington. He is a retired NFL player who played for the Seattle Seahawks in 1994, the Jacksonville Jaguars in 1995, the Denver Broncos from 1997 to 1998, the San Francisco 49ers in 1997, the Seattle Seahawks from 1998 to 1999, and the Denver Broncos in 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

96.    Plaintiff William F. Butler is a resident of Texas. He is a retired NFL player who played for the New Orleans Saints in 1971, the New York Giants in 1971, and the Houston Oilers from 1972 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

97.    Plaintiff Brian D. Cabral is a resident of Colorado. He is a retired NFL player who played for the Atlanta Falcons from 1978 to 1979, the Green Bay Packers in 1980, and the Chicago Bears from 1981 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

98.    Plaintiff Kenneth Callicutt is a resident of Michigan. He is a retired NFL player who played for the Detroit Lions from 1978 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

99.    Plaintiff Christopher Calloway is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1990 to 1991, the New York Giants from 1992 to 1998, the Atlanta Falcons in 1999, and the New England Patriots in 2000. Upon information and

24

belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

100.    Plaintiff Joseph Campbell, Jr., is a resident of Arizona. He is a retired NFL player who played for the San Diego Chargers from 1988 to 1989 and the Los Angeles Raiders in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

101.    Plaintiff LaMar C. Campbell is a resident of Pennsylvania. He is a retired NFL player who played for the Detroit Lions from 1998 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

102.    Plaintiff Gary K. Campbell is a resident of Colorado. He is a retired NFL player who played for the Chicago Bears from 1977 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

103.    Plaintiff James T. Cannida, II, is a resident of Texas. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1998 to 2000, and the Indianapolis Colts from 2001 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

104.    Plaintiff Alphonso Carreker is a resident of Georgia. He is a retired NFL player who played for the Green Bay Packers from 1984 to 1988, and the Denver Broncos from 1989 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

25

105.    Plaintiff Ahmad R. Carroll is a resident of Georgia. He is a retired NFL player who played for the Green Bay Packers from 2004 to 2006, the Jacksonville Jaguars in 2007, and the New York Jets from 2008 to 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

106.    Plaintiff Jonathan T. Carter is a resident of Alabama. He is a retired NFL player who played for the New York Giants in 2001, the New York Jets from 2002 to 2005, and the Tampa Bay Buccaneers in 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

107.    Plaintiff Marty Carter is a resident of Georgia. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1991 to 1994, the Chicago Bears from 1995 to 1998, the Atlanta Falcons from 1999 to 2001, and the Detroit Lions in 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

108.    Plaintiff Michael D. Carter is a resident of Texas. He is a retired NFL player who played for the San Francisco 49ers from 1984 to 1992, and the Philadelphia Eagles in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

109.    Plaintiff Pat Carter is a resident of Florida. He is a retired NFL player who played for the Detroit Lions in 1988, the Los Angeles Rams from 1989 to 1993, the Houston Oilers in 1994, the St. Louis Rams in 1995, and the Arizona Cardinals from 1996 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

110.    Plaintiff Shante Carver is a resident of Arizona. He is a retired NFL player who

played for the Dallas Cowboys from 1993 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

111.    Plaintiff Tom Cavallo is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1996 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

112.    Plaintiff Lindsey Chapman is a resident of California. He is a retired NFL player who played for and the Dallas Cowboys in 1994, the New York Jets in 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

113.    Plaintiff Albert Chesley is a resident of Maryland. He is a retired NFL player who played for the Philadelphia Eagles from 1979 to 1981, and the Chicago Bears from 1982 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

114.    Plaintiff Raymond T. Chester is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 1970 to 1972, the Baltimore Colts from 1973 to 1977, and the Oakland Raiders from 1978 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

115.    Plaintiff Gene A. Chilton is a resident of Texas. He is a retired NFL player who played for the St. Louis Cardinals from 1986 to 1987, the Kansas City Chiefs in 1989, and the New England Patriots from 1990 to 1992. Upon information and belief, his image has been used

and continues to be used in productions of NFL Films without his authorization, causing him injury.

116.    Plaintiff Brandon W. Christenson is a resident of Oklahoma. He is a retired NFL player who played for the Oakland Raiders in 2002, the Baltimore Ravens in 2003, and the Jacksonville Jaguars in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

117.    Plaintiff Jeffrey A. Christy is a resident of Pennsylvania. He is a retired NFL player who played for the Arizona Cardinals in 1992, the Minnesota Vikings from 1993 to 1999, and the Tampa Bay Buccaneers from 2000 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

118.    Plaintiff Darryl Clack is a resident of Arizona. He is a retired NFL player who played for the Dallas Cowboys from 1986 to 1989, and the Cleveland Browns in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

119.    Plaintiff Renee Turner, personal representative of the estate of Al Clark, deceased, is a resident of Michigan. Al Clark was a retired NFL player who played for the Detroit Lions in 1971 and the Los Angeles Rams from 1972 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

120.    Plaintiff Jamal Clark is a resident of Nevada. He is a retired NFL player who played for the Seattle Seahawks in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him

injury.

121.    Plaintiff Phil Clark is a resident of Florida. He is a retired NFL player who played for the New Orleans Saints from 1999 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

122.    Plaintiff Raymond Clayborn is a resident of Texas. He is a retired NFL player who played for the New England Patriots from 1977 to 1989, and the Cleveland Browns from 1990 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

123.    Plaintiff Harvey Clayton is a resident of Florida. He is a retired NFL player who played for the Pittsburgh Steelers from 1983 to 1986, and the New York Giants from 1987 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

124.    Plaintiff Jonathan Clinkscale is a resident of Florida. He is a retired NFL player who played for and the Cincinnati Bengals in 2005, the Tampa Bay Buccaneers from 2005 to 2007. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

125.    Plaintiff Daniel M. Colchico is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1960 to 1967, and the New Orleans Saints from 1968 to 1969. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

126.    Plaintiff Robin Cole is a resident of Pennsylvania. He is a retired NFL player who played for the Pittsburgh Steelers from 1977 to 1987, and the New York Jets in 1988. Upon

information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

127.    Plaintiff Lincoln C. Coleman, Jr., is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1993 to 1995, and the Atlanta Falcons from 1995 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

128.    Plaintiff Fredrick D. Coleman is a resident of Texas. He is a retired NFL player who played for the Buffalo Bills in 1998, the New York Jets from 1999 to 2000, and the New England Patriots from 2001 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

129.    Plaintiff Anthony A. Collins is a resident of North Carolina. He is a retired NFL player who played for the New England Patriots from 1981 to 1988, and the Los Angeles Rams in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

130.    Plaintiff Ron Collins is a resident of California. He is a retired NFL player who played for the San Francisco 49ers in 1994, the Jacksonville Jaguars in 1995, the Indianapolis Colts from 1996 to 1997, and the Chicago Bears in 1997, the Miami Dolphins in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

131.    Plaintiff Fred H. Cook, III, is a resident of Mississippi. He is a retired NFL player who played for the Baltimore Colts from 1974 to 1980, the Washington Redskins in 1981, and the San Diego Chargers in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

132.    Plaintiff Robert Coons is a resident of California. He is a retired NFL player who played for the Miami Dolphins from 1993 to 1994, and the Buffalo Bills from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

133.    Plaintiff Obadiah Cooper is a resident of Arizona. He is a retired NFL player who played for the Oakland Raiders from 1997 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

134.    Plaintiff Horace Copeland is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1993 to 1997, the Miami Dolphins in 1998, the Tampa Bay Buccaneers in 1998, and the Oakland Raiders in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

135.    Plaintiff Lou A. Cordileone is a resident of California. He is a retired NFL player who played for the New York Giants in 1960, the San Francisco 49ers in 1961, the Pittsburgh Steelers from 1962 to 1963, and the New Orleans Saints from 1967 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

136.    Plaintiff Tony Covington is a resident of Maryland. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1991 to 1994 and the Seattle Seahawks in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

31

137.    Plaintiff Aaron Cox is a resident of Arizona. He is a retired NFL player who played for the Los Angeles Rams from 1988 to 1992, and the Indianapolis Colts from 1993 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

138.    Plaintiff Claude Crabb is a resident of California. He is a retired NFL player who played for the Washington Redskins from 1962 to 1963, the Philadelphia Eagles from 1964 to 1965, and the Los Angeles Rams from 1966 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

139.    Plaintiff Francisco Craig is a resident of California. He is a retired NFL player who played for the Detroit Lions in 1988, the Atlanta Falcons in 1989, and the Los Angeles Rams in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

140.    Plaintiff Roger T. Craig is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1983 to 1990, the Los Angeles Raiders from 1990 to 1991, and the Minnesota Vikings from 1991 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

141.    Plaintiff Zachary Crockett is a resident of Florida. He is a retired NFL player who played for the Indianapolis Colts from 1995 to 1998, the Jacksonville Jaguars in 1998, the Oakland Raiders from 1999 to 2006, the Tampa Bay Buccaneers in 2007, and the Dallas Cowboys in 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

32

142.    Plaintiff Peter J. Cronan is a resident of Massachusetts. He is a retired NFL player who played for the Seattle Seahawks from 1977 to 1981, and the Washington Redskins from 1981 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

143.    Plaintiff Corey V. Croom is a resident of Ohio. He is a retired NFL player who played for the New England Patriots from 1993 to 1996 and the Philadelphia Eagles in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

144.    Plaintiff Cleveland Crosby is a resident of Texas. He is a retired NFL player who played for the Cleveland Browns, and the Baltimore Colts from 1980 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

145.    Plaintiff Harry M. Crump is a resident of Rhode Island. He is a retired NFL player who played for the New England Patriots from 1963 to 1964. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

146.    Plaintiff Robert J. Cryder is a resident of Washington. He is a retired NFL player who played for the New England Patriots from 1978 to 1984, the Seattle Seahawks from 1984 to 1986, and the Detroit Lions in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

147.    Plaintiff George E. Cumby is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 1980 to 1985, the Buffalo Bills in 1986, and the Philadelphia Eagles in 1987. Upon information and belief, his image has been used and

33

continues to be used in productions of NFL Films without his authorization, causing him injury.

148.    Plaintiff Julian Douglas Cunningham is a resident of Mississippi. He is a retired NFL player who played for the San Francisco 49ers from 1967 to 1974, and the Washington Redskins in 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

149.    Plaintiff Patrick Cunningham is a resident of Arizona. He is a retired NFL player who played for the Indianapolis Colts from 1990 to 1991, the Arizona Cardinals from 1992 to 1994, the Minnesota Vikings in 1995, and the Oakland Raiders from 1996 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

150.    Plaintiff Eric F. Curry is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1993 to 1998, and the Green Bay Packers in 1998, the Jacksonville Jaguars from 1998 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

151.    Plaintiff George J. Curry, Jr., is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1980 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

152.    Plaintiff Matt Darby is a resident of Florida. He is a retired NFL player who played for the Buffalo Bills from 1992 to 1995, and the Arizona Cardinals from 1996 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

34

153.    Plaintiff Kenneth Davidson is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1990 to 1995, the Houston Oilers from 1995 to 1997, and the Cincinnati Bengals in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

154.    Plaintiff Ennis R. Davis, II, is a resident of California. He is a retired NFL player who played for and the New Orleans Saints in 2001, the San Francisco 49ers from 2001 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

155.    Plaintiff Michael R. Davis is a resident of Pennsylvania. He is a retired NFL player who played for the San Diego Chargers in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

156.    Plaintiff Oliver Davis is a resident of Georgia. He is a retired NFL player who played for the Cleveland Browns from 1977 to 1981, and the Cincinnati Bengals from 1982 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

157.    Plaintiff Thabiti Davis is a resident of North Carolina. He is a retired NFL player who played for the New York Giants from 2000 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

158.    Plaintiff Darrell O. Davis is a resident of Texas. He is a retired NFL player who played for the New York Jets in 1990 and the Buffalo Bills in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his

authorization, causing him injury.

159.    Plaintiff Robert E. Davis, Jr., is a resident of New Jersey. He is a retired NFL player who played for the Houston Oilers from 1967 to 1969, the New York Jets from 1970 to 1972, and the New Orleans Saints in 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

160.    Plaintiff John H. Davis is a resident of Georgia. He is a retired NFL player who played for the Houston Oilers from 1987 to 1988, and the Buffalo Bills from 1989 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

161.    Plaintiff Kenneth E. Davis is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 1986 to 1988, and the Buffalo Bills from 1989 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

162.    Plaintiff Benjamin F. Davis is a resident of Ohio. He is a retired NFL player who played for the Cleveland Browns from 1967 to 1973, and the Detroit Lions from 1974 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

163.    Plaintiff Vernon W. Dean is a resident of Texas. He is a retired NFL player who played for the Washington Redskins from 1982 to 1988 and the Seattle Seahawks in 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

164.     Plaintiff Joe DeLamielleure is a resident of North Carolina. He is a retired NFL

player who played for the Buffalo Bills from 1973 to 1979, the Cleveland Browns from 1980 to

1984, and the Buffalo Bills in 1985. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

165.     Plaintiff Brian C. DeRoo is a resident of California. He is a retired NFL player

who played for the New York Giants in 1978 and the Baltimore Colts from 1979 to 1981. Upon

information and belief, his image has been used and continues to be used in productions of NFL

Films without his authorization, causing him injury.

166.     Plaintiff Dennis DeVaughn is a resident of Texas. He is a retired NFL player who

played for the Philadelphia Eagles from 1982 to 1984. Upon information and belief, his image

has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

167.     Plaintiff Kevin Devine is a resident of California. He is a retired NFL player who

played for the Jacksonville Jaguars from 1997 to 1999. Upon information and belief, his image

has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

168.     Plaintiff Anthony C. Dickerson is a resident of Texas. He is a retired NFL player

who played for the Dallas Cowboys from 1980 to 1984 and the Buffalo Bills in 1985. Upon

information and belief, his image has been used and continues to be used in productions of NFL

Films without his authorization, causing him injury.

169.     Plaintiff Doug H. Dieken is a resident of Ohio. He is a retired NFL player who

played for the Cleveland Browns from 1971 to 1984. Upon information and belief, his image has

been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

170.    Plaintiff Stacey Dillard is a resident of Texas. He is a retired NFL player who played for the New York Giants from 1992 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

171.    Plaintiff Adrian Dingle is a resident of California. He is a retired NFL player who played for the San Diego Chargers from 1999 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

172.    Plaintiff Hanford L. Dixon is a resident of Ohio. He is a retired NFL player who played for the Cleveland Browns from 1981 to 1989 and the San Francisco 49ers in 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

173.    Plaintiff Ronald Dixon is a resident of Florida. He is a retired NFL player who played for the New York Giants from 2000 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

174.    Plaintiff Stephen G. Doig is a resident of Massachusetts. He is a retired NFL player who played for the Detroit Lions from 1982 to 1985, the New England Patriots from 1986 to 1987, and the Oakland Raiders in 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

175.    Plaintiff Rome Douglas is a resident of California. He is a retired NFL player who played for the Jacksonville Jaguars in 1999, the New York Giants in 2000, and the St. Louis Rams in 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

176.    Plaintiff Edward Drummond is a resident of Georgia. He is a retired NFL player who played for the Detroit Lions from 2002 to 2006, the Kansas City Chiefs in 2007, and the Pittsburgh Steelers in 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

177.    Plaintiff Elbert Dubenion is a resident of Ohio. He is a retired NFL player who played for the Buffalo Bills from 1960 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

178.    Plaintiff Bobby R. Duckworth is a resident of Texas. He is a retired NFL player who played for the San Diego Chargers from 1980 to 1985, the Los Angeles Rams from 1985 to 1986, and the Philadelphia Eagles in 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

179.    Plaintiff Mark S. Duper is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1982 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

180.    Plaintiff John Ebersole is a resident of South Carolina. He is a retired NFL player who played for the New York Jets from 1970 to 1977. Upon information and belief, his image

39

has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

181.    Plaintiff Bobby J. Edmonds, Jr., is a resident of Arkansas. He is a retired NFL player who played for the Seattle Seahawks from 1986 to 1988, the Oakland Raiders in 1989, and the Tampa Bay Buccaneers in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

182.    Plaintiff Larry Edwards is a resident of Texas. He is a retired NFL player who played for the New York Giants in 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

183.    Plaintiff Tyrone Edwards is a resident of Texas. He is a retired NFL player who played for the San Francisco 49ers in 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

184.    Plaintiff Kelvin Edwards is a resident of Texas. He is a retired NFL player who played for the New Orleans Saints in 1986 and the Dallas Cowboys from 1987 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

185.    Plaintiff Joyce Edwards, personal representative of the estate of Daniel M. Edwards, deceased, is a resident of Texas. Daniel Edwards was a retired NFL player who played for the New York Yanks from 1950 to 1951, Dallas Texans in 1952 and the Baltimore Colts from 1953 to 1954. Upon information and belief, his image has been used and continues to be

used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

186.    Plaintiff Ronald Egloff is a resident of Colorado. He is a retired NFL player who played for the Denver Broncos from 1977 to 1983 and the San Diego Chargers in 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

187.    Plaintiff Kolas D. Elion is a resident of Mississippi. He is a retired NFL player who played for the Seattle Seahawks in 1981, and the New York Jets in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

188.    Plaintiff Allan D. Ellis, Sr., is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1973 to 1980 and the San Diego Chargers in 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

189.    Plaintiff James Elrod is a resident of Oklahoma. He is a retired NFL player who played for the Kansas City Chiefs from 1976 to 1978, and the Houston Oilers in 1979, the St. Louis Cardinals in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

190.    Plaintiff Aaron Emanuel is a resident of California. He is a retired NFL player who played for the New York Giants in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

191.     Plaintiff Phillip E. Epps is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 1982 to 1988 and the New York Jets in 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

192.     Plaintiff Alex A. Espinoza is a resident of California. He is a retired NFL player who played for the Kansas City Chiefs from 1986 to 1987, and the Arizona Cardinals from 1987 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

193.     Plaintiff Gregory Evans is a resident of Texas. He is a retired NFL player who played for the Buffalo Bills from 1994 to 1995 and the Washington Redskins in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

194.     Plaintiff Mario Fatafehi is a resident of Vermont. He is a retired NFL player who played for the Arizona Cardinals from 2001 to 2002, the Carolina Panthers in 2002, and the Denver Broncos from 2003 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

195.     Plaintiff Marlon Favorite is a resident of Louisiana. He is a retired NFL player who played for the Carolina Panthers in 2009, the St. Louis Rams in 2009, the Kansas City Chiefs in 2010, the New Orleans Saints in 2010, the Seattle Seahawks in 2010, the Buffalo Bills in 2011, the Indianapolis Colts in 2011, and the Washington Redskins in 2012, the New England Patriots in 2012, the Philadelphia Eagles in 2012. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

42

196.    Plaintiff Keith T. Ferguson is a resident of Texas. He is a retired NFL player who played for the San Diego Chargers from 1981 to 1985, and the Detroit Lions from 1985 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

197.    Plaintiff Howard Fest is a resident of Texas. He is a retired NFL player who played for the Cincinnati Bengals from 1968 to 1975, the Tampa Bay Buccaneers from 1976 to 1977, and the Detroit Lions in 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

198.    Plaintiff Ascotti Fields is a resident of Nevada. He is a retired NFL player who played for the Atlanta Falcons in 1996, the Tampa Bay Buccaneers in 1998, and the Detroit Lions in 1999, the Seattle Seahawks in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

199.    Plaintiff Laurie Finnie, personal representative of the estate of Rogers L. Finnie, deceased, is a resident of Florida. Rogers L. Finnie was a retired NFL player who played for the New York Jets from 1969 to 1972, the St. Louis Cardinals from 1972 to 1978, and the New Orleans Saints in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

200.    Plaintiff James M. Flanigan, Sr., is a resident of Wisconsin. He is a retired NFL player who played for the Green Bay Packers from 1967 to 1970 and the New Orleans Saints in 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

201.    Plaintiff Paul Flatley is a resident of Indiana. He is a retired NFL player who played for the Minnesota Vikings from 1963 to 1967, and the Atlanta Falcons from 1968 to 1970. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

202.    Plaintiff Bernard Ford is a resident of Florida. He is a retired NFL player who played for the Buffalo Bills in 1988, the Dallas Cowboys in 1989, the Houston Oilers in 1990, the Green Bay Packers in 1992, the Miami Dolphins in 1993, and the Philadelphia Eagles in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

203.    Plaintiff Bradford J. Ford is a resident of Alabama. He is a retired NFL player who played for the Detroit Lions from 1996 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

204.    Plaintiff Darryl D. Ford is a resident of Texas. He is a retired NFL player who played for the Detroit Lions in 1992, the Pittsburgh Steelers in 1992, the Detroit Lions in 1993, and the Atlanta Falcons in 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

205.    Plaintiff Lonnie Ford is a resident of California. He is a retired NFL player who played for the Carolina Panthers in 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

206.    Plaintiff Barry Foster is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1990 to 1994. Upon information and belief, his image has

been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

207.    Plaintiff Larry Foster is a resident of Louisiana. He is a retired NFL player who played for the Detroit Lions from 2000 to 2003, and the Arizona Cardinals from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

208.    Plaintiff Timothy R. Fox is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1967 to 1981, the San Diego Chargers from 1982 to 1984, the Los Angeles Rams from 1985 to 1986, and the Cleveland Browns in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

209.    Plaintiff Donald Frank is a resident of North Carolina. He is a retired NFL player who played for the San Diego Chargers from 1990 to 1994, the Los Angeles Raiders in 1994, and the Minnesota Vikings in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

210.    Plaintiff Robert J. Fredrickson is a resident of Arizona. He is a retired NFL player who played for the Oakland Raiders from 1994 to 1997, the Detroit Lions in 1998, and the Arizona Cardinals from 1999 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

211.    Plaintiff Dominic Furio is a resident of California. He is a retired NFL player who played for the Philadelphia Eagles from 2004 to 2006 and the Miami Dolphins in 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

212.    Plaintiff John B. Galvin, Jr., is a resident of Massachusetts. He is a retired NFL player who played for the New York Jets in 1988, the Minnesota Vikings in 1989, and the New York Jets from 1990 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

213.    Plaintiff Mike Gann is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1985 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

214.    Plaintiff Talman Gardner is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 2003 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

215.    Plaintiff Percell M. Gaskins is a resident of North Carolina. He is a retired NFL player who played for the St. Louis Rams from 1996 to 1997, and the Carolina Panthers from 1998 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

216.    Plaintiff Louis J. Giammona is a resident of Florida. He is a retired NFL player who played for the New York Jets from 1976 to 1977, and the Philadelphia Eagles from 1978 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

217.    Plaintiff Antonio Gibson is a resident of Texas. He is a retired NFL player who played for the New Orleans Saints from 1986 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

218.    Plaintiff David Gibson is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 2000 to 2003, the Indianapolis Colts from 2002 to 2003, and the Cleveland Browns in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

219.    Plaintiff Jon Giesler is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1979 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

220.    Plaintiff Oscar Giles is a resident of Texas. He is a retired NFL player who played for the Atlanta Falcons from 1991 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

221.    Plaintiff Darrell Gill is a resident of Arizona. He is a retired NFL player who played for the Oakland Raiders in 1979 and the Buffalo Bills in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

222.    Plaintiff John Gilmore is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 2002 to 2003, and the Houston Texans from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

47

223.     Plaintiff Reginald J. Gipson is a resident of Alabama. He is a retired NFL player who played for the Seattle Seahawks in 1983 and the Buffalo Bills from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

224.     Plaintiff Brian Glasgow is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1987 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

225.     Plaintiff Glenn Glass is a resident of Tennessee. He is a retired NFL player who played for the Pittsburgh Steelers from 1962 to 1963, the Philadelphia Eagles from 1964 to 1965, the Atlanta Falcons in 1966, and the Denver Broncos fro 1967 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

226.     Plaintiff William S. Glass is a resident of Texas. He is a retired NFL player who played for the Detroit Lions from 1957 to 1961, and the Cleveland Browns from 1962 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

227.     Plaintiff George Goeddeke is a resident of Michigan. He is a retired NFL player who played for the Denver Broncos from 1967 to 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

228.     Plaintiff Derrel Gofourth is a resident of Oklahoma. He is a retired NFL player who played for the Green Bay Packers from 1977 to 1982, and the San Diego Chargers from

1983 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

229.    Plaintiff Jon G. Goldsberry is a resident of Indiana. He is a retired NFL player who played for the Buffalo Bills in 2005, the Tampa Bay Buccaneers from 2006 to 2007, and the Chicago Bears in 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

230.    Plaintiff Chris Goode is a resident of Alabama. He is a retired NFL player who played for the Indianapolis Colts from 1987 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

231.    Plaintiff Cornell Gowdy is a resident of Maryland. He is a retired NFL player who played for the Dallas Cowboys in 1986 and the Pittsburgh Steelers from 1987 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

232.    Plaintiff William Graham is a resident of Texas. He is a retired NFL player who played for the Detroit Lions from 1982 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

233.    Plaintiff Darryl Grant is a resident of Virginia. He is a retired NFL player who played for the Washington Redskins from 1981 to 1990 and the Tampa Bay Buccaneers in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

234.    Plaintiff Marsharne Graves is a resident of Arizona. He is a retired NFL player who played for the Denver Broncos from 1984 to 1987 and the Indianapolis Colts in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

235.    Plaintiff Rory Graves is a resident of Georgia. He is a retired NFL player who played for the Seattle Seahawks from 1986 to 1987, the Oakland Raiders from 1987 to 1992, and the Minnesota Vikings in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

236.    Plaintiff Terry Gray is a resident of Texas. He is a retired NFL player who played for the Los Angeles Rams in 1990, and the Houston Oilers from 1991 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

237.    Plaintiff David L. Grayson, Jr., is a resident of California. He is a retired NFL player who played for the Cleveland Browns from 1987 to 1990, and the San Diego Chargers in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

238.    Plaintiff David L. Grayson, Sr., is a resident of California. He is a retired NFL player who played for the Dallas Texans from 1961 to 1962, the Kansas City Chiefs from 1963 to 1964, and the Oakland Raiders from 1965 to 1970. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

239.    Plaintiff Hugh Green is a resident of Mississippi. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1981 to 1985, and the Miami Dolphins from 1985 to

1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

240.    Plaintiff Roy Green is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1979 to 1990, and the Philadelphia Eagles from 1990 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

241.    Plaintiff Samuel Germinaro, personal representative of the estate of L.C. Greenwood, deceased, is a resident of Pennsylvania. L.C. Greenwood was a retired NFL player who played for the Pittsburgh Steelers from 1969 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

242.    Plaintiff Forrest Gregg is a resident of Colorado. He is a retired NFL player who played for the Green Bay Packers from 1956 to 1970, and the Dallas Cowboys in 1971.  He also was a Coach for the Cleveland Browns from 1974 to 1977, the Cincinnati Bengals from 1980 to 1983 and the Green Bay Packers from 1984 to 1987.  Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

243.    Plaintiff Jeff Griffin is a resident of California. He is a retired NFL player who played for the St. Louis Cardinals from 1981 to 1985 and the Philadelphia Eagles in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

244.    Plaintiff James Grigsby is a resident of Illinois. He is a retired NFL player who played for the Kansas City Chiefs from 2005 to 2008, the Miami Dolphins in 2008, and the

Houston Texans in 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

245.    Plaintiff Eric Guliford is a resident of Arizona. He is a retired NFL player who played for the Minnesota Vikings from 1993 to 1994, the Carolina Panthers from 1995 to 1996, and the New Orleans Saints from 1997 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

246.    Plaintiff Isaac Hagins is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1976 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

247.    Plaintiff Delton D. Hall is a resident of Pennsylvania. He is a retired NFL player who played for the Pittsburgh Steelers from 1987 to 1991 and the San Diego Chargers in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

248.    Plaintiff Lynell Hamilton is a resident of California. He is a retired NFL player who played for the New Orleans Saints from 2008 to 2011. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

249.    Plaintiff Malcolm Hamilton is a resident of Texas. He is a retired NFL player who played for the Washington Redskins from 1997 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

250.    Plaintiff Gary A. Hammond is a resident of Texas. He is a retired NFL player who played for the New York Jets in 1972, and the St. Louis Cardinals from 1973 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

251.    Plaintiff Jermaine Hampton is a resident of Illinois. He is a retired NFL player who played for the Indianapolis Colts from 2001 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

252.    Plaintiff Lorenzo Hampton is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1985 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

253.    Plaintiff Rodney Hampton is a resident of Texas. He is a retired NFL player who played for the New York Giants from 1990 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

254.    Plaintiff Christian Hanburger, Jr., is a resident of South Carolina. He is a retired NFL player who played for the Washington Redskins from 1965 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

255.    Plaintiff Terrrence H. Hanratty is a resident of Connecticut. He is a retired NFL player who played for the Pittsburgh Steelers from 1969 to 1975, and the Tampa Bay Buccaneers in 1976. Upon information and belief, his image has been used and continues to be used in

productions of NFL Films without his authorization, causing him injury.

256.    Plaintiff William Hardison is a resident of North Carolina. He is a retired NFL player who played for the Buffalo Bills from 1978 to 1981, the New York Giants from 1981 to 1986, the San Diego Chargers from 1986 to 1988, and the Kansas City Chiefs from 1988 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

257.    Plaintiff Cedrick W. Hardman is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1970 to 1979, and the Oakland Raiders from 1980 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

258.    Plaintiff Anthony Hargain is a resident of California. He is a retired NFL player who played for the San Francisco 49ers in 1991, the Kansas City Chiefs in 1992, the Los Angeles Rams in 1993, and the Denver Broncos in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

259.    Plaintiff Ed Hargrove is a resident of Florida. He is a retired NFL player who played for the Pittsburgh Steelers from 1964 to 1966, and the Minnesota Vikings from 1967 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

260.    Plaintiff James C. Harrell, Jr, is a resident of Florida. He is a retired NFL player who played for the Detroit Lions from 1979 to 1983, the Detroit Lions from 1985 to 1986, and the Kansas City Chiefs in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

261.    Plaintiff Elroy Harris, Jr, is a resident of Kentucky. He is a retired NFL player who played for the Seattle Seahawks from 1989 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

262.    Plaintiff Joe Harris is a resident of Georgia. He is a retired NFL player who played for the Washington Redskins in 1977, the Los Angeles Rams from 1978 to 1982, the Minnesota Vikings in 1978, the San Francisco 49ers in 1978, and the Baltimore Colts in 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

263.    Plaintiff Duriel Harris is a resident of Texas. He is a retired NFL player who played for the Miami Dolphins from 1976 to 1983, the Cleveland Browns in 1984, the Dallas Cowboys in 1984, and the Miami Dolphins in 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

264.    Plaintiff Kymara Harris, personal representative of the estate of Eric W. Harris, deceased, is a resident of Arkansas. Eric W. Harris was a retired NFL player who played for the Kansas City Chiefs from 1980 to 1982, and the Los Angeles Rams from 1983 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

265.    Plaintiff Dwight Harrison is a resident of Texas. He is a retired NFL player who played for the Denver Broncos from 1971 to 1972, the Buffalo Bills from 1972 to 1977, the Baltimore Colts from 1978 to 1979, and the Oakland Raiders in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his

authorization, causing him injury.

266.    Plaintiff Lloyd Harrison is a resident of North Carolina. He is a retired NFL player who played for the Washington Redskins from 2000 to 2001, the San Diego Chargers from 2001 to 2002, and the Miami Dolphins from 2002 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

267.    Plaintiff James W. Hart is a resident of Florida. He is a retired NFL player who played for the St. Louis Cardinals from 1966 to 1983, and the Washington Redskins in 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

268.    Plaintiff Wayne A. Hawkins is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 1960 to 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

269.    Plaintiff Gregory Hawthorne is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1979 to 1982, the New England Patriots from 1983 to 1986, and the Indianapolis Colts in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

270.    Plaintiff Frederick R. Hayes is a resident of Hawaii. He is a retired NFL player who played for the Los Angeles Rams in 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

271.    Plaintiff Thomas Hayes, Jr., is a resident of California. He is a retired NFL player who played for the Atlanta Falcons from 1971 to 1975, and the San Diego Chargers in 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

272.    Plaintiff Patrick D. Heenan is a resident of Tennessee. He is a retired NFL player who played for the Washington Redskins from 1960 to 1961. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

273.    Plaintiff Nathaniel Hemsley is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1997 to 1999, the Miami Dolphins from 2000 to 2001, and the Carolina Panthers from 2001 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

274.    Plaintiff Keith Henderson is a resident of Georgia. He is a retired NFL player who played for the San Francisco 49ers from 1989 to 1992 and the Minnesota Vikings in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

275.    Plaintiff Thomas E. Hendricks, III, is a resident of Texas. He is a retired NFL player who played for the Miami Dolphins from 2000 to 2003, and the Jacksonville Jaguars from 2004 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

276.    Plaintiff Terry A. Hermeling is a resident of Oregon. He is a retired NFL player who played for the Washington Redskins from 1970 to 1981. Upon information and belief, his

image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

277.    Plaintiff Kenneth B. Herock is a resident of Georgia. He is a retired NFL player who played for the Oakland Raiders from 1963 to 1967, the Cincinnati Bengals in 1968, and the New England Patriots in 1969. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

278.    Plaintiff Tom Herter is a resident of Florida. He is a retired NFL player who played for the Washington Redskins in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

279.    Plaintiff Jessie Lee Hester is a resident of Florida. He is a retired NFL player who played for the Oakland Raiders from 1985 to 1988, the Atlanta Falcons in 1989, the Indianapolis Colts from 1990 to 1993, and the Los Angeles Rams from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

280.    Plaintiff Dallas Hickman is a resident of Arizona. He is a retired NFL player who played for the Washington Redskins from 1975 to 1981 and the Baltimore Colts in 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

281.    Plaintiff Victor L. Hicks is a resident of Texas. He is a retired NFL player who played for the Los Angeles Rams in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

282.    Plaintiff J.D. Hill is a resident of Arizona. He is a retired NFL player who played for the Buffalo Bills from 1971 to 1975, and the Detroit Lions from 1976 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

283.    Plaintiff LonZell Hill is a resident of Ohio. He is a retired NFL player who played for the New Orleans Saints from 1987 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

284.    Plaintiff Lovell Hill is a resident of Texas. He is a retired NFL player who played for the Houston Oilers in 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

285.    Plaintiff Raion Y. Hill is a resident of Louisiana. He is a retired NFL player who played for the Buffalo Bills from 1999 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

286.    Plaintiff Richard Himes is a resident of Wisconsin. He is a retired NFL player who played for the Green Bay Packers from 1968 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

287.    Plaintiff Bryan Hinkle is a resident of Pennsylvania. He is a retired NFL player who played for the Pittsburgh Steelers from 1981 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

288.    Plaintiff Lee E. Hitt is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 1971 to 1972, and the New York Jets from 1973 to 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

289.    Plaintiff Floyd Hodge is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1981 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

290.    Plaintiff Joseph Holmes is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 1978 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

291.    Plaintiff Bryan Hooks is a resident of Arizona. He is a retired NFL player who played for the New England Patriots in 1993, and the Arizona Cardinals from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

292.    Plaintiff Melvin Hoover is a resident of North Carolina. He is a retired NFL player who played for the New York Giants in 1981, the Philadelphia Eagles from 1982 to 1985, and the Detroit Lions in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

293.    Plaintiff Samuel W. Horner, III, is a resident of Georgia. He is a retired NFL player who played for the Washington Redskins from 1960 to 1961 and the New York Giants in 1962. Upon information and belief, his image has been used and continues to be used in

60

productions of NFL Films without his authorization, causing him injury.

294.    Plaintiff Artis Houston is a resident of California. He is a retired NFL player who played for the Buffalo Bills from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

295.    Plaintiff Robert A. Howard is a resident of Georgia. He is a retired NFL player who played for the Philadelphia Eagles in 1986, the Tampa Bay Buccaneers from 1986 to 1988, and the Green Bay Packers in 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

296.    Plaintiff Garry W. Howe is a resident of Iowa. He is a retired NFL player who played for the Pittsburgh Steelers in 1992, the Cincinnati Bengals in 1993, and the Baltimore Colts in 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

297.    Plaintiff David A. Hughes, III, is a resident of Washington. He is a retired NFL player who played for the Seattle Seahawks from 1981 to 1985, and the Pittsburgh Steelers in 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

298.    Plaintiff David H. Humm is a resident of Nevada. He is a retired NFL player who played for the Oakland Raiders from 1975 to 1979, the Buffalo Bills in 1980, the Baltimore Colts from 1981 to 1982, and the Los Angeles Raiders from 1983 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

299.    Plaintiff Patrick Hunter is a resident of Arizona. He is a retired NFL player who played for the Seattle Seahawks from 1986 to 1995, and the Arizona Cardinals in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

300.    Plaintiff Gaylon Hyder is a resident of Texas. He is a retired NFL player who played for the St. Louis Rams from 1999 to 2001, and the Cleveland Browns from 2001 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

301.    Plaintiff Robert J. Hyland is a resident of New York. He is a retired NFL player who played for the Green Bay Packers from 1967 to 1969, the Chicago Bears in 1970, the New York Giants from 1971 to 1975, the Green Bay Packers in 1976, and the New England Patriots from 1977 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

302.    Plaintiff Sedrick M. Irvin is a resident of Florida. He is a retired NFL player who played for the Detroit Lions from 1999 to 2001, and the Miami Dolphins from 2001 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

303.    Plaintiff Raghib R. Ismail is a resident of Texas. He is a retired NFL player who played for the Los Angeles Raiders from 1993 to 1994, the Oakland Raiders in 1995, the Carolina Panthers from 1996 to 1998, and the Dallas Cowboys from 1999 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

304.    Plaintiff Eddie Lee Ivery is a resident of Georgia. He is a retired NFL player who

played for the Green Bay Packers from 1979 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

305.    Plaintiff Harold L. Jackson is a resident of California. He is a retired NFL player who played for the Los Angeles Rams in 1968, the Philadelphia Eagles from 1969 to 1972, the Los Angeles Rams from 1973 to 1977, the New England Patriots from 1978 to 1981, and the Minnesota Vikings in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

306.    Plaintiff Jeffrey P. Jackson is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1984 to 1985, and the San Diego Chargers from 1987 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

307.    Plaintiff Richard S. Jackson is a resident of Louisiana. He is a retired NFL player who played for the Oakland Raiders from 1965 to 1966, the Denver Broncos from 1967 to 1971, and the Cleveland Browns in 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

308.    Plaintiff Jabari Jackson is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

309.    Plaintiff Tyoka Jackson is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins in 1994, the Tampa Bay Buccaneers from 1996 to 2000, the St. Louis Rams from 2001 to 2005, and the Detroit Lions in 2006. Upon information and belief, his

image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

310.    Plaintiff Patrick Jackson is a resident of Texas. He is a retired NFL player who played for the Atlanta Falcons from 1990 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

311.    Plaintiff Stephen F. Jackson is a resident of Texas. He is a retired NFL player who played for the Washington Redskins from 1966 to 1967. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

312.    Plaintiff William C. Jaco is a resident of Texas. He is a retired NFL player who played for the Houston Oilers in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

313.    Plaintiff Ray A. Jacobs is a resident of Florida.   He is a retired NFL player who played for the Denver Broncos from 1994 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

314.    Plaintiff Roland James is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1980 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

315.    Plaintiff George Jamison is a resident of Michigan. He is a retired NFL player who played for the Detroit Lions from 1986 to 1993, the Kansas City Chiefs from 1994 to 1996,

and the Detroit Lions from 1997 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

316.    Plaintiff John Janata is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1983 to 1984, and the Tampa Bay Buccaneers in 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

317.    Plaintiff Leon R. Jarvis is a resident of Wisconsin. He is a retired NFL player who played for the Atlanta Falcons from 1971 to 1972, the Buffalo Bills in 1973, the Detroit Lions from 1974 to 1978, and the New England Patriots in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

318.    Plaintiff Ralph L. Jecha is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears in 1955, and the Pittsburgh Steelers in 1956. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

319.    Plaintiff Melvin Jenkins is a resident of Arizona. He is a retired NFL player who played for the Seattle Seahawks from 1987 to 1991, the Detroit Lions from 1991 to 1993, and the Atlanta Falcons in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

320.    Plaintiff Ronney Jenkins is a resident of California. He is a retired NFL player who played for the San Diego Chargers from 2000 to 2002, the Oakland Raiders in 2003, and the New Orleans Saints in 2004. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

321.    Plaintiff Alfred J. Jenkins is a resident of Ohio. He is a retired NFL player who played for the Cleveland Browns from 1969 to 1971, the Miami Dolphins in 1972, and the Houston Oilers in 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

322.    Plaintiff James C. Jensen is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1981 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

323.    Plaintiff Akili Johnson is a resident of Arkansas. He is a retired NFL player who played for the New York Giants in 1995 and the Atlanta Falcons in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

324.    Plaintiff Dirk Johnson is a resident of Colorado. He is a retired NFL player who played for the New Orleans Saints in 2002, the Philadelphia Eagles from 2003 to 2006, the Chicago Bears in 2007, the Arizona Cardinals in 2008, and the Tampa Bay Buccaneers in 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

325.    Plaintiff Eric D. Johnson is a resident of Georgia. He is a retired NFL player who played for the Oakland Raiders from 1999 to 2003, the Atlanta Falcons in 2004, and the Arizona Cardinals from 2005 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

326.    Plaintiff Troy D. Johnson is a resident of Louisiana. He is a retired NFL player who played for the St. Louis Cardinals from 1986 to 1987, the Pittsburgh Steelers in 1988, the Detroit Lions in 1989, and the San Diego Chargers from 1990 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

327.    Plaintiff Dwight Johnson is a resident of Georgia. He is a retired NFL player who played for the Philadelphia Eagles from 2000 to 2001, the New York Giants from 2001 to 2002, the San Francisco 49ers from 2002 to 2003, and the New England Patriots from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

328.    Plaintiff William W. Johnson is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1966 to 1970. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

329.    Plaintiff Aaron D. Jones, II, is a resident of Florida. He is a retired NFL player who played for the Pittsburgh Steelers from 1988 to 1992, the New England Patriots from 1993 to 1995, and the Miami Dolphins in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

330.    Plaintiff Anthony A. Jones is a resident of Alabama. He is a retired NFL player who played for the Washington Redskins from 1984 to 1988, the San Diego Chargers in 1988, and the Dallas Cowboys in 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

331.    Plaintiff Broderick Jones is a resident of Alabama. He is a retired NFL player who played for the Cleveland Browns from 1977 to 1980, the Baltimore Colts from 1980 to 1983, and the Indianapolis Colts from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

332.    Plaintiff Kirk Cameron Jones is a resident of Florida. He is a retired NFL player who played for the Denver Broncos from 1997 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

333.    Plaintiff James R. Jones is a resident of Florida. He is a retired NFL player who played for the Detroit Lions from 1983 to 1988, the Seattle Seahawks from 1989 to 1992, and the Detroit Lions in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

334.    Plaintiff Brian Jones is a resident of Texas. He is a retired NFL player who played for the Indianapolis Colts in 1991, and the New Orleans Saints from 1995 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

335.    Plaintiff Clarence T. Jones is a resident of North Carolina. He is a retired NFL player who played for the New York Giants from 1991 to 1993, the Los Angeles Rams in 1994, the St. Louis Rams in 1995, the New Orleans Saints from 1996 to 1998, and the Carolina Panthers from 1999 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

336.    Plaintiff William T. Judson is a resident of Georgia. He is a retired NFL player who played for the Miami Dolphins from 1981 to 1989 and the Detroit Lions in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

337.    Plaintiff Terrell Jurineack is a resident of New York. He is a retired NFL player who played for the Arizona Cardinals in 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

338.    Plaintiff Kevin Kaesviharn is a resident of Texas. He is a retired NFL player who played for the Cincinnati Bengals from 2001 to 2006, the New Orleans Sains from 2007 to 2008, and the Tennessee Titans in 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

339.    Plaintiff John Kaiser is a resident of Arizona. He is a retired NFL player who played for the Seattle Seahawks from 1984 to 1987, and the Buffalo Bills from 1987 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

340.    Plaintiff Larry M. Kaminski is a resident of Washington. He is a retired NFL player who played for the Cleveland Browns from 1966 to 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

341.    Plaintiff Ernest Kellerman is a resident of Ohio. He is a retired NFL player who played for the Cleveland Browns from 1966 to 1971, the Cincinnati Bengals in 1972, and the Buffalo Bills in 1973. Upon information and belief, his image has been used and continues to be

used in productions of NFL Films without his authorization, causing him injury.

342.    Plaintiff Kareem Kelly is a resident of California. He is a retired NFL player who played for the New Orleans Saints from 2002 to 2003, the Baltimore Ravens from 2003 to 2004, and the Chicago Bears from 2004 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

343.    Plaintiff James W. Kelly, Jr., is a resident of Colorado. He is a retired NFL player who played for the Chicago Bears from 1974 to 1975. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

344.    Plaintiff Derek Kennard is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1986 to 1990, the New Orleans Saints from 1991 to 1993, and the Dallas Cowboys from 1994 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

345.    Plaintiff Rex W. Kern is a resident of California. He is a retired NFL player who played for the Baltimore Colts from 1971 to 1973 and the Buffalo Bills in 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

346.    Plaintiff Wade Key is a resident of Texas. He is a retired NFL player who played for the Philadelphia Eagles from 1970 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

347.    Plaintiff Emanuel King is a resident of Alabama. He is a retired NFL player who played for the Cincinnati Bengals from 1985 to 1988, and the Los Angeles Raiders from 1989 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

348.    Plaintiff Stephen G. King is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1973 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

349.    Plaintiff Horace E. King is a resident of Georgia. He is a retired NFL player who played for the Detroit Lions from 1975 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

350.    Plaintiff Kelly Kirchbaum is a resident of Kentucky. He is a retired NFL player who played for the New York Jets from 1979 to 1980, the Kansas City Chiefs in 1981, and the Philadelphia Eagles in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

351.    Plaintiff Louis Kirouac is a resident of Georgia. He is a retired NFL player who played for the New York Giants from 1962 to 1963, the Baltimore Ravens in 1964, and the Atlanta Falcons from 1965 to 1967. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

352.    Plaintiff Joseph Klopfenstein is a resident of Colorado. He is a retired NFL player who played for the St. Louis Rams from 2006 to 2008, and the Buffalo Bills from 2009 to 2010. Upon information and belief, his image has been used and continues to be used in productions of

NFL Films without his authorization, causing him injury.

353.    Plaintiff Thomas L. Knight is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1997 to 2001, the Baltimore Ravens from 2002 to 2003, and the St. Louis Rams in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

354.    Plaintiff Mary Lee Kocourek, personal representative of the estate of David A. Kocourek, deceased, is a resident of Florida. David A. Kocourek was a retired NFL player who played for the San Diego Chargers from 1960 to 1965, the Miami Dolphins in 1966, and the Oakland Raiders from 1967 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

355.    Plaintiff Robert H. Kohrs is a resident of Arizona. He is a retired NFL player who played for the Pittsburgh Steelers from 1980 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

356.    Plaintiff Steve Korte is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 1983 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

357.    Plaintiff Kent Kramer is a resident of Texas. He is a retired NFL player who played for the San Francisco 49ers in 1966, the New Orleans Saints in 1967, the Los Angeles Rams in 1968, the Minnesota Vikings from 1969 to 1971, and the Philadelphia Eagles from 1971 to 1975.  Upon information and belief, his image has been used and continues to be used in

productions of NFL Films without his authorization, causing him injury.

358.    Plaintiff Robert Kuechenberg is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1970 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

359.    Plaintiff Ralph Kurek is a resident of Vermont. He is a retired NFL player who played for the Chicago Bears from 1965 to 1970. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

360.    Plaintiff Paul Laaveg is a resident of Virginia. He is a retired NFL player who played for the Washington Redskins from 1970 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

361.    Plaintiff Charles W. Lamson is a resident of Colorado. He is a retired NFL player who played for the Minnesota Vikings from 1962 to 1963, the Philadelphia Eagles in 1964, and the Los Angeles Rams from 1965 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

362.    Plaintiff Sean E. Landeta is a resident of Pennsylvania. He is a retired NFL player who played for the New York Giants from 1985 to 1993, the Los Angeles Rams from 1993 to 1996, the Tampa Bay Buccaneers in 1997, the Green Bay Packers in 1998, the Philadelphia Eagles from 1999 to 2002, the St. Louis Rams from 2003 to 2004, the Philadelphia Eagles in 2005, and the New York Giants in 2006. Upon information and belief, his image has been used

and continues to be used in productions of NFL Films without his authorization, causing him injury.

363.    Plaintiff Kareem M. Larrimore is a resident of California. He is a retired NFL player who played for the Dallas Cowboys from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

364.    Plaintiff Henry Lawrence is a resident of Florida. He is a retired NFL player who played for the Oakland Raiders from 1974 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

365.    Plaintiff Clarence LeBlanc is a resident of Texas. He is a retired NFL player who played for the New York Giants from 2001 to 2002, and the New York Jets from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

366.    Plaintiff Edward P. Lee is a resident of Maryland. He is a retired NFL player who played for the Detroit Lions from 1982 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

367.    Plaintiff Keith Lee is a resident of Florida. He is a retired NFL player who played for the Buffalo Bills from 1980 to 1981, the New England Patriots from 1981 to 1985, and the Indianapolis Colts in 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

368.    Plaintiff Dorsey Levens is a resident of Georgia. He is a retired NFL player who played for the Green Bay Packers from 1994 to 2001, the Philadelphia Eagles in 2002, the New York Giants in 2003, and the Philadelphia Eagles in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

369.    Plaintiff David Lewis is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1977 to 1981, the San Diego Chargers in 1982, and the Los Angeles Rams from 1983 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

370.    Plaintiff Frank D. Lewis is a resident of Louisiana. He is a retired NFL player who played for the Philadelphia Eagles from 1971 to 1977, and the Buffalo Bills from 1978 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

371.    Plaintiff Ronnie Lippett is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1983 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

372.    Plaintiff Louis Lipps is a resident of Pennsylvania. He is a retired NFL player who played for the Pittsburgh Steelers from 1984 to 1991, the New Orleans Saints in 1992, and the Pittsburgh Steelers in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

373.    Plaintiff Eugene Lockhart, Jr., is a resident of Texas. He is a retired NFL player

who played for the Dallas Cowboys from 1984 to 1990, and the New England Patriots from 1991 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

374.    Plaintiff Kristie Long, personal representative of the estate of Douglas M. Long, deceased, is a resident of Washington. Douglas M. Long was a retired NFL player who played for the Seattle Seahawks from 1977 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

375.    Plaintiff Duval L. Love is a resident of Nevada. He is a retired NFL player who played for the Los Angeles Rams from 1985 to 1991, the Pittsburgh Steelers from 1992 to 1994, and the Arizona Cardinals from 1995 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

376.    Plaintiff Dominic G. Lowery is a resident of Arizona. He is a retired NFL player who played for the New England Patriots from 1978 to 1979, the Kansas City Chiefs from 1980 to 1993, and the New York Jets from 1994 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

377.    Plaintiff Chad Lucas is a resident of Alabama. He is a retired NFL player who played for the Green Bay Packers from 2005 to 2006, the Tampa Bay Buccaneers from 2006 to 2008, and the St. Louis Rams in 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

378.    Plaintiff Michael Lush is a resident of Pennsylvania. He is a retired NFL player who played for the Philadelphia Eagles in 1981, the Baltimore Colts in 1982, the New York Giants in 1982, the Indianapolis Colts in 1986, the Minnesota Vikings in 1986, and the Atlanta Falcons in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

379.    Plaintiff Larry M. Mallory is a resident of Texas. He is a retired NFL player who played for the New York Giants from 1976 to 1978, and the San Francisco 49ers in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

380.    Plaintiff Van Malone is a resident of Oklahoma. He is a retired NFL player who played for the Detroit Lions from 1994 to 1997 and the Arizona Cardinals in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

381.    Plaintiff William H. Mandley is a resident of Arizona. He is a retired NFL player who played for the Detroit Lions from 1984 to 1988, and the Kansas City Chiefs from 1989 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

382.    Plaintiff Henry Dejhown Mandley is a resident of Arizona. He is a retired NFL player who played for the Miami Dolphins from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

383.    Plaintiff Anthony Marshall is a resident of Alabama. He is a retired NFL player who played for the Chicago Bears from 1994 to 1997, the New York Jets in 1998, and the

Philadelphia Eagles in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

384.    Plaintiff Leonard A. Marshall is a resident of New Jersey. He is a retired NFL player who played for the New York Giants from 1983 to 1992, the New York Jets in 1993, and the Washington Redskins from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

385.    Plaintiff Marvin Marshall is a resident of Georgia. He is a retired NFL player who played for and the Tampa Bay Buccaneers from 1995 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

386.    Plaintiff Emanuel Martin is a resident of Florida. He is a retired NFL player who played for the Houston Oilers in 1993 and the Buffalo Bills from 1996 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

387.    Plaintiff Eric W. Martin is a resident of Texas. He is a retired NFL player who played for the New Orleans Saints from 1985 to 1993 and the Kansas City Chiefs from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

388.    Plaintiff Edward Martin is a resident of Georgia. He is a retired NFL player who played for the Dallas Cowboys from 1984 to 1985, and the Indianapolis Colts from 1986 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

389.    Plaintiff Patrick W. Matson is a resident of Indiana. He is a retired NFL player who played for the Denver Broncos from 1966 to 1967, the Cincinnati Bengals from 1968 to 1974, and the Green Bay Packers in 1975. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

390.    Plaintiff Ira R. Matthews, III, is a resident of Texas. He is a retired NFL player who played for the Oakland Raiders from 1979 to 1981, and the Green Bay Packers in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

391.    Plaintiff Eric Matthews is a resident of Georgia. He is a retired NFL player who played for the Green Bay Packers from 1996 to 1997, the Washington Redskins from 1998 to 1999, and the Philadelphia Eagles in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

392.    Plaintiff Vernon Maxwell is a resident of Arizona. He is a retired NFL player who played from 1983 to 1989 for the Baltimore Colts, Indianapolis Colts, Detroit Lions, Seattle Seahawks, San Diego Chargers, St. Louis Rams and Arizona Cardinals.  Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

393.    Plaintiff Deems May is a resident of North Carolina. He is a retired NFL player who played for the San Diego Chargers from 1992 to 1997, and the Seattle Seahawks from 1998 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

394.     Plaintiff Alonzo Mayes is a resident of Oklahoma. He is a retired NFL player who played for the Chicago Bears from 1998 to 2000, and the Miami Dolphins from 2000 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

395.     Plaintiff Corey Mayfield is a resident of Texas. He is a retired NFL player who played for the Tampa Bay Buccaneers in 1992, the New Orleans Saints in 1994, the Jacksonville Jaguars in 1995, and the Pittsburgh Steelers in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

396.     Plaintiff Corey Mays is a resident of Illinois. He is a retired NFL player who played for the New England Patriots from 2006 to 2007, the Cincinnati Bengals from 2007 to 2008, and the Kansas City Chiefs from 2009 to 2011. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

397.     Plaintiff Mark McCants is a resident of Pennsylvania. He is a retired NFL player who played for the Atlanta Falcons in 1981 and the New York Giants in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

398.     Plaintiff Dewey L. McClain is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1976 to 1980, the New England Patriots in 1981, and the Green Bay Packers in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

399. Plaintiff Brent McClanahan is a resident of California. He is a retired NFL player who played for the Minnesota Vikings from 1973 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

400. Plaintiff Kenneth McClendon is a resident of Arizona. He is a retired NFL player who played for the Cincinnati Bengals from 1987 to 1991, the San Diego Chargers in 1991, the Minnesota Vikings in 1992, and the Indianapolis Colts from 1992 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

401. Plaintiff John McDaniel is a resident of Texas. He is a retired NFL player who played for the Cincinnati Bengals from 1974 to 1977, and the Washington Redskins from 1978 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

402. Plaintiff Ramos McDonald is a resident of Texas. He is a retired NFL player who played for the Minnesota Vikings from 1998 to 1999, the San Francisco 49ers from 1999 to 2000, and the New York Giants from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

403. Plaintiff Hugh McElheny is a resident of Nevada. He is a retired NFL player who played for the San Francisco 49ers from 1952 to 1960, the Minnesota Vikings from 1961 to 1962, the New York Giants in 1963, and the Detroit Lions in 1964. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

404.    Plaintiff Ray E. McElroy is a resident of Illinois. He is a retired NFL player who played for the Indianapolis Colts from 1995 to 1998, the Chicago Bears from 1999 to 2000, and the Detroit Lions in 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

405.    Plaintiff Jeff McIntyre is a resident of Arizona. He is a retired NFL player who played for the Denver Broncos in 1979, the San Francisco 49ers in 1979, and the St. Louis Cardinals from 1980 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

406.    Plaintiff Michael W. McKibben is a resident of Pennsylvania. He is a retired NFL player who played for the New York Jets from 1979 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

407.    Plaintiff Kevin McLeod is a resident of Georgia. He is a retired NFL player who played for the Jacksonville Jaguars in 1998, the Tampa Bay Buccaneers from 1999 to 2000, the Atlanta Falcons in 2001, and the Cleveland Browns from 2002 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

408.    Plaintiff Bruce McNorton is a resident of Florida. He is a retired NFL player who played for the Detroit Lions from 1982 to 1990 and the Miami Dolphins in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

409.    Plaintiff Rodney McSwain is a resident of North Carolina. He is a retired NFL player who played for the New England Patriots from 1984 to 1990. Upon information and

82

belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

410.    Plaintiff Michael L. Meade is a resident of Delaware. He is a retired NFL player who played for the Green Bay Packers from 1982 to 1983, and the Detroit Lions from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

411.    Plaintiff Richard Mercier is a resident of Florida. He is a retired NFL player who played for the Baltimore Colts in 2000, the Denver Broncos in 2000, the Green Bay Packers in 2000, and the Cleveland Browns from 2001 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

412.    Plaintiff Frank G. Mestnik is a resident of Georgia. He is a retired NFL player who played for the St. Louis Cardinals from 1960 to 1961, and the Green Bay Packers from 1962 to 1963. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

413.    Plaintiff Charles E. Miller is a resident of California. He is a retired NFL player who played for the Indianapolis Colts from 1987 to 1989, and the Detroit Lions in 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

414.    Plaintiff Danny Miller is a resident of Pennsylvania. He is a retired NFL player who played for the Atlanta Falcons from 1995 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

415.    Plaintiff Carl Miller is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1986 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

416.    Plaintiff Eric Mitchel is a resident of Texas. He is a retired NFL player who played for the New England Patriots in 1989, the Dallas Cowboys in 1990, and the Los Angeles Raiders in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

417.    Plaintiff Derrell Mitchell is a resident of Texas. He is a retired NFL player who played for the New Orleans Saints from 1994 to 1995, the Atlanta Falcons in 1996, and the Chicago Bears in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

418.    Plaintiff Lyvonia Mitchell is a resident of Arizona. He is a retired NFL player who played for the St. Louis Cardinals from 1981 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

419.    Plaintiff Singor Mobley is a resident of California. He is a retired NFL player who played for the Dallas Cowboys from 1997 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

420.    Plaintiff Christopher G. Mohr is a resident of Georgia. He is a retired NFL player who played for the Tampa Bay Buccaneers in 1989, the Buffalo Bills from 1991 to 2000, and the Atlanta Falcons from 2001 to 2005. Upon information and belief, his image has been used and

84

continues to be used in productions of NFL Films without his authorization, causing him injury.

421.    Plaintiff Joe Montgomery is a resident of Georgia. He is a retired NFL player who played for the New York Jets from 1999 to 2001 and the Carolina Panthers in 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

422.    Plaintiff Alvin Moore is a resident of Arizona. He is a retired NFL player who played for the Baltimore Colts from 1983 to 1984, the Detroit Lions from 1985 to 1987, and the Seattle Seahawks in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

423.    Plaintiff Reginald Moore is a resident of Texas. He is a retired NFL player who played for the New York Jets from 1991 to 1992 and the Los Angeles Rams in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

424.    Plaintiff Earthwind Moreland is a resident of Georgia. He is a retired NFL player who played for the New York Jets in 2000, the Cleveland Browns from 2001 to 2002, and the New England Patriots in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

425.    Plaintiff Stanley D. Morgan is a resident of Tennessee. He is a retired NFL player who played for the New England Patriots from 1977 to 1989, the Indianapolis Colts in 1990, and the Denver Broncos in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

426.    Plaintiff Byron Morris is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1994 to 1995, the Baltimore Ravens from 1996 to 1997

and the Kansas City Chiefs from 1998 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

427.    Plaintiff James Morrissey is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears from 1985 to 1993 and the Green Bay Packers in 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

428.    Plaintiff Mark S. Murphy is a resident of Ohio. He is a retired NFL player who played for the Green Bay Packers from 1980 to 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

429.    Plaintiff Leon C. Murray is a resident of Ohio. He is a retired NFL player who played for the Philadelphia Eagles from 1981 to 1982, and the Chicago Bears from 1986 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

430.    Plaintiff Frank Myers is a resident of Texas. He is a retired NFL player who played for the Minnesota Vikings from 1978 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

431.    Plaintiff Craig M. Nall is a resident of Texas. He is a retired NFL player who played for the Green Bay Packers from 2002 to 2005, the Buffalo Bills from 2006 to 2007, and the Houston Texans in 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

432.    Plaintiff Terna Nande is a resident of Florida. He is a retired NFL player who played for the Tennessee Titans from 2006, the Indianapolis Colts in 2007, and the San Diego Chargers from 2007 to 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

433.    Plaintiff Steve Nelson is a resident of Massachusetts. He is a retired NFL player who played for the New England Patriots from 1974 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

434.    Plaintiff Kendall M. Newson is a resident of Georgia. He is a retired NFL player who played for the Jacksonville Jaguars in 2002, the Tennessee Titans in 2002, and the Miami Dolphins from 2003 to 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

435.    Plaintiff Cameron L. Newton is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 2005 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

436.    Plaintiff Karl P. Noonan is a resident of North Carolina. He is a retired NFL player who played for the Miami Dolphins from 1966 to 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

437.    Plaintiff Erik Norgard is a resident of Colorado. He is a retired NFL player who played for the Houston Oilers from 1989 to 1996, the Tennessee Oilers from 1997 to 1998, and the New York Jets in 1999. Upon information and belief, his image has been used and continues

to be used in productions of NFL Films without his authorization, causing him injury.

438. Plaintiff Donald Norton is a resident of Iowa. He is a retired NFL player who played for the San Diego Chargers from 1960 to 1967. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

439. Plaintiff Don Nottingham is a resident of Florida. He is a retired NFL player who played for the Baltimore Colts from 1971 to 1973, and the Miami Dolphins from 1973 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

440. Plaintiff Brent H. Novoselsky is a resident of Illinois. He is a retired NFL player who played for the Chicago Bears in 1988 and the Minnesota Vikings from 1989 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

441. Plaintiff Ifeanyi Ohalete is a resident of Arizona. He is a retired NFL player who played for the Washington Redskins from 2001 to 2004, the Arizona Cardinals from 2004 to 2005, and the Cincinnati Bengals from 2005 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

442. Plaintiff Chris Oldham is a resident of Arizona. He is a retired NFL player who played for the Detroit Lions in 1990, the Arizona Cardinals from 1991 to 1994, the Pittsburgh Steelers from 1995 to 1999, and the New Orleans Saints from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

88

443.    Plaintiff John L. Outlaw is a resident of Maryland. He is a retired NFL player who played for the Boston Patriots from 1968 to 1971, the New England Patriots from 1971 to 1972, and the Philadelphia Eagles from 1973 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

444.    Plaintiff Jerry L. Overton is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys in 1963. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

445.    Plaintiff Loren Owens is a resident of Oklahoma. He is a retired NFL player who played for the Detroit Lions from 1970 to 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

446.    Plaintiff Marvin D. Owens is a resident of California. He is a retired NFL player who played for the Minnesota Vikings in 1972, the St. Louis Cardinals from 1973 to 1974, the New York Jets from 1974 to 1975, and the Washington Redskins in 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

447.    Plaintiff Morris Owens is a resident of Arizona. He is a retired NFL player who played for the Miami Dolphins from 1975 to 1976, and the Tampa Bay Buccaneers from 1976 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

448.    Plaintiff Richard Palmer is a resident of California. He is a retired NFL player

who played for the Miami Dolphins in 1970, the Buffalo Bills from 1971 to 1972, the New Orleans Saints from 1972 to 1973, and the Atlanta Falcons from 1974 to 1975. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

449.    Plaintiff Richard M. Palmer is a resident of California. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1998 to 1999 and the Minnesota Vikings in 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

450.    Plaintiff Chris Pane is a resident of California. He is a retired NFL player who played for the Denver Broncos from 1976 to 1979, and the Arizona Cardinals from 2000 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

451.    Plaintiff Bernard P. Parrish is a resident of Florida. He is a retired NFL player who played for the Cleveland Browns from 1959 to 1966, and the Houston Oilers in 1966. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

452.    Plaintiff Edward Payton is a resident of Mississippi. He is a retired NFL player who played for the Cleveland Browns in 1977, the Detroit Lions in 1977, the Kansas City Chiefs in 1978, and the Minnesota Vikings from 1980 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

453.    Plaintiff Dave Pear is a resident of Washington. He is a retired NFL player who played for the Baltimore Colts in 1975, the Tampa Bay Buccaneers from 1976 to 1978, and the

Oakland Raiders from 1979 to 1980. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

454.    Plaintiff Marion Todd Peat is a resident of Arizona. He is a retired NFL player

who played for the Arizona Cardinals from 1987 to 1989, and the Oakland Raiders from 1990 to

1994. Upon information and belief, his image has been used and continues to be used in

productions of NFL Films without his authorization, causing him injury.

455.    Plaintiff Christopher Penn is a resident of Kansas. He is a retired NFL player who

played for the Kansas City Chiefs from 1994 to 1996, the Chicago Bears from 1996 to 1998, and

the San Diego Chargers in 1999. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

456.    Plaintiff Antonio Perkins is a resident of Oklahoma. He is a retired NFL player

who played for the Cleveland Browns from 2005 to 2007, and the Indianapolis Colts in 2007.

Upon information and belief, his image has been used and continues to be used in productions of

NFL Films without his authorization, causing him injury.

457.    Plaintiff Calvin E. Peterson is a resident of California. He is a retired NFL player

who played for the Dallas Cowboys from 1974 to 1975, the Tampa Bay Buccaneers in 1976, the

Kansas City Chiefs from 1979 to 1981, and the Oakland Raiders in 1982. Upon information and

belief, his image has been used and continues to be used in productions of NFL Films without his

authorization, causing him injury.

458.    Plaintiff Charles Pharms, III, is a resident of Texas. He is a retired NFL player

who played for the Houston Oilers in 1992, the Miami Dolphins in 1992, and the Kansas City

Chiefs in 1993. Upon information and belief, his image has been used and continues to be used

in productions of NFL Films without his authorization, causing him injury.

459.    Plaintiff Delvic Philyaw is a resident of Oregon. He is a retired NFL player who played for the Carolina Panthers from 1995 to 1996, and the New Orleans Saints from 1998 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

460.    Plaintiff Robert J. Pickens is a resident of Georgia. He is a retired NFL player who played for the Chicago Bears from 1967 to 1969. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

461.    Plaintiff Damon Pieri is a resident of Arizona. He is a retired NFL player who played for the New York Jets from 1993 to 1994 and the Carolina Panthers from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

462.    Plaintiff Myron Pottios is a resident of California. He is a retired NFL player who played for the Pittsburgh Steelers from 1961 to 1965, the Los Angeles Rams from 1966 to 1970, and the Washington Redskins from 1971 to 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

463.    Plaintiff Roosevelt Potts is a resident of Indiana. He is a retired NFL player who played for the Indianapolis Colts from 1992 to 1997, the Miami Dolphins from 1997 to 1998, and the Baltimore Ravens from 1998 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

464.    Plaintiff Philip M. Pozderac is a resident of Texas.  He is a retired NFL player

who played for the Dallas Cowboys from 1982 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

465.    Plaintiff Eugene N. Prebola is a resident of New Jersey. He is a retired NFL player who played for the Oakland Raiders in 1960 and the Denver Broncos from 1961 to 1963. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

466.    Plaintiff Andre President is a resident of Texas. He is a retired NFL player who played for the Chicago Bears in 1995, the New England Patriots in 1995, and the Philadelphia Eagles in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

467.    Plaintiff Shawn Price is a resident of California. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1993 to 1994, the Carolina Panthers in 1995, and the Buffalo Bills from 1996 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

468.    Plaintiff Anthony E. Prior is a resident of Texas. He is a retired NFL player who played for the New York Jets from 1992 to 1995, the Minnesota Vikings from 1996 to 1997, and the Oakland Raiders in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

469.    Plaintiff James Pruitt is a resident of Florida. He is a retired NFL player who played for the Miami Dolphins from 1986 to 1988, the Indianapolis Colts from 1988 to 1989, and the Miami Dolphins in 1991. Upon information and belief, his image has been used and

continues to be used in productions of NFL Films without his authorization, causing him injury.

470.    Plaintiff Jethro Pugh, Jr., is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1965 to 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

471.    Plaintiff William Rademacher is a resident of Michigan. He is a retired NFL player who played for the New York Jets from 1964 to 1969, and the New England Patriots from 1969 to 1971. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

472.    Plaintiff Thomas C. Randolph is a resident of Virginia. He is a retired NFL player who played for the New York Giants from 1994 to 1997, the Cincinnati Bengals in 1998, and the Indianapolis Colts in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

473.    Plaintiff Darrol Ray is a resident of Oklahoma. He is a retired NFL player who played for the New York Jets from 1980 to 1985 and the Cleveland Browns in 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

474.    Plaintiff Terry Ray is a resident of Virginia. He is a retired NFL player who played for the Atlanta Falcons in 1992 and the New England Patriots from 1993 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

475.    Plaintiff Rick Razzano, Sr., is a resident of Ohio. He is a retired NFL player who played for the Cincinnati Bengals from 1980 to 1985. Upon information and belief, his image

has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

476.    Plaintiff John Reaves is a resident of Florida. He is a retired NFL player who played for the Philadelphia Eagles from 1972 to 1974, the Cincinnati Bengals from 1975 to 1978, the Minnesota Vikings in 1978, the Houston Oilers in 1981, and the Tampa Bay Buccaneers in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

477.    Plaintiff K. Anthony Redmon is a resident of South Carolina. He is a retired NFL player who played for the Arizona Cardinals from 1994 to 1997, the Carolina Panthers from 1998 to 1999, and the Atlanta Falcons from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

478.    Plaintiff Daniel L. Reece, Sr. is a resident of California. He is a retired NFL player who played for the Cincinnati Bengals in 1976, the Tampa Bay Buccaneers from 1976 to 1981, and the Oakland Raiders in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

479.    Plaintiff Frank Reed is a resident of Georgia. He is a retired NFL player who played for the Atlanta Falcons from 1976 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

480.    Plaintiff Oscar Reed is a resident of Minnesota. He is a retired NFL player who played for the Minnesota Vikings from 1968 to 1974 and the Atlanta Falcons in 1975. Upon

information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

481.    Plaintiff Johnny Rembert is a resident of Florida. He is a retired NFL player who played for the New England Patriots from 1983 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

482.    Plaintiff Melvin Renfro is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1964 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

483.    Plaintiff Thomas L. Rentzel is a resident of Virginia. He is a retired NFL player who played for the Minnesota Vikings from 1965 to 1966, the Dallas Cowboys from 1967 to 1970, the Los Angeles Rams from 1971 to 1972, and the Los Angeles Rams in 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

484.    Plaintiff Derrick S. Reynolds is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1987 to 1993, and the New England Patriots from 1994 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

485.    Plaintiff Benito Ricardo is a resident of California. He is a retired NFL player who played for the Buffalo Bills in 1976, the Detroit Lions from 1976 to 1979, the New Orleans Saints from 1980 to 1981, the Minnesota Vikings in 1983, and the San Diego Chargers from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in

96

Case 2:13-cv-01814-LPL    Document 1    Filed 12/23/13    Page 97 of 138

productions of NFL Films without his authorization, causing him injury.

486.    Plaintiff Randy W. Rich is a resident of California. He is a retired NFL player who played for the Detroit Lions in 1977, the Oakland Raiders in 1978, and the Cleveland Browns from 1978 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

487.    Plaintiff Gloster Richardson is a resident of Illinois. He is a retired NFL player who played for the Kansas City Chiefs from 1965 to 1970, the Dallas Cowboys in 1971, and the Cleveland Browns from 1972 to 1974. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

488.    Plaintiff Willie Richardson is a resident of Mississippi. He is a retired NFL player who played for the Baltimore Colts from 1963 to 1969, the Miami Dolphins from 1970 to 1971, and the Baltimore Colts from 1971 to 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

489.    Plaintiff John G. Roach is a resident of Texas. He is a retired NFL player who played for the St. Louis Cardinals from 1956 to 1960, the Green Bay Packers from 1961 to 1963, and the Dallas Cowboys in 1964. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

490.    Plaintiff James E. Robbins is a resident of Arizona. He is a retired NFL player who played for the St. Louis Cardinals from 1982 to 1988, the Arizona Cardinals from 1988 to 1991, and the Green Bay Packers from 1992 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

491.    Plaintiff Randy Robbins is a resident of Arizona. He is a retired NFL player who played for the Denver Broncos from 1984 to 1991 and the New England Patriots in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

492.    Plaintiff William Roberts is a resident of Florida. He is a retired NFL player who played for the New York Giants from 1984 to 1995, the New England Patriots from 1995 to 1996, and the New York Jets from 1997 to 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

493.    Plaintiff Bernard H. Robertson, III, is a resident of Louisiana. He is a retired NFL player who played for the Chicago Bears from 2001 to 2003, the Buffalo Bills from 2003 to 2004, and the Oakland Raiders in 2004, the Arizona Cardinals in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

494.    Plaintiff Rob Robertson is a resident of Georgia. He is a retired NFL player who played for the Baltimore Ravens from 1997 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

495.    Plaintiff Isiah Robertson is a resident of Texas.  He is a retired NFL player who played for the Los Angeles Rams from 1971 to 1978, and the Buffalo Bills from 1979 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

496.    Plaintiff Mark L. Robinson is a resident of Florida. He is a retired NFL player

who played for the Kansas City Chiefs from 1984 to 1987, and the Tampa Bay Buccaneers from 1988 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

497.     Plaintiff Melvin D. Robinson is a resident of Texas. He is a retired NFL player who played for the Detroit Lions from 1979 to 1980, the Atlanta Falcons from 1981 to 1983, and the New England Patriots from 1984 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

498.     Plaintiff Shelton D. Robinson is a resident of Washington. He is a retired NFL player who played for the Seattle Seahawks from 1982 to 1985, and the Detroit Lions from 1986 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

499.     Plaintiff Mark T. Rodenhauser is a resident of South Carolina. He is a retired NFL player who played for the Chicago Bears in 1987, the San Diego Chargers from 1990 to 1991, the Chicago Bears in 1992, the Detroit Lions from 1993 to 1994, the Carolina Panthers from 1995 to 1997, the Pittsburgh Steelers in 1998, and the Seattle Seahawks in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

500.     Plaintiff Kendrick D. Rogers is a resident of Alabama. He is a retired NFL player who played for the Philadelphia Eagles from 2001 to 2002, and the Arizona Cardinals from 2002 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

501.     Plaintiff Reginald Rogers, Sr., is a resident of Washington. He is a retired NFL

player who played for the Detroit Lions from 1987 to 1988, the Buffalo Bills in 1991, and the Tampa Bay Buccaneers in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

502.    Plaintiff Juan A. Roque is a resident of Arizona. He is a retired NFL player who played for the Detroit Lions from 1997 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

503.    Plaintiff Oliver Ross is a resident of California. He is a retired NFL player who played for the Dallas Cowboys from 1998 to 1999, the Philadelphia Eagles from 1999 to 2000, the Pittsburgh Steelers from 2000 to 2004, and the Arizona Cardinals from 2004 to 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

504.    Plaintiff Council Rudolph is a resident of Florida. He is a retired NFL player who played for the Houston Oilers in 1972, the St. Louis Cardinals from 1973 to 1975, the Tampa Bay Buccaneers from 1976 to 1977, and the Miami Dolphins in 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

505.    Plaintiff Reynard Rutherford is a resident of California. He is a retired NFL player who played for the Kansas City Chiefs in 1996, the San Francisco 49ers from 1996 to 1998, the Oakland Raiders from 1998 to 1999, and the New York Giants in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

506.    Plaintiff John J. Saldi is a resident of Texas. He is a retired NFL player who

played for the Dallas Cowboys from 1976 to 1982, and the Chicago Bears from 1983 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

507.    Plaintiff Greg Sampson is a resident of California. He is a retired NFL player who played for the Houston Oilers from 1972 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

508.    Plaintiff Clarence Sanders is a resident of New York. He is a retired NFL player who played for the New York Jets from 1976 to 1977, and the Kansas City Chiefs from 1978 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

509.    Plaintiff Justin Sandy is a resident of Colorado. He is a retired NFL player who played for the Tennessee Titans from 2004 to 2006, and the Cleveland Browns from 2007 to 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

510.    Plaintiff Richard F. Sanford is a resident of South Carolina. He is a retired NFL player who played for the New England Patriots from 1979 to 1984, and the Seattle Seahawks in 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

511.    Plaintiff Terry R. Schmidt is a resident of North Carolina. He is a retired NFL player who played for the New Orleans Saints from 1974 to 1975, and the Chicago Bears from 1976 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

512.    Plaintiff Michael Schneck is a resident of Pennsylvania. He is a retired NFL player who played for the Pittsburgh Steelers from 1999 to 2004, the Buffalo Bills from 2005 to 2006, and the Atlanta Falcons from 2007 to 2009. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

513.    Plaintiff Robert E. Schobel is a resident of Texas. He is a retired NFL player who played for the Tennessee Titans from 2004 to 2006, the Indianapolis Colts from 2006 to 2007, and the Arizona Cardinals from 2007 to 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

514.    Plaintiff Larry Schreiber is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1970 to 1975, and the Chicago Bears from 1975 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

515.    Plaintiff Adam B. Schreiber is a resident of Florida. He is a retired NFL player who played for the Seattle Seahawks in 1984, the New Orleans Saints in 1985, the Philadelphia Eagles from 1986 to 1988, the New York Jets from 1988 to 1989, the Minnesota Vikings from 1990 to 1993, the New York Giants from 1994 to 1996, and the Atlanta Falcons from 1997 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

516.    Plaintiff Steven W. Schubert is a resident of New Hampshire. He is a retired NFL player who played for the New England Patriots in 1974, and the Chicago Bears from 1975 to 1979. Upon information and belief, his image has been used and continues to be used in

productions of NFL Films without his authorization, causing him injury.

517.    Plaintiff William Schultz is a resident of Indiana. He is a retired NFL player who played for the Indianapolis Colts from 1990 to 1993, the Houston Oilers from 1994 to 1995, the Denver Broncos from 1995 to 1996, and the Chicago Bears from 1996 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

518.    Plaintiff Willard Scissum is a resident of Georgia. He is a retired NFL player who played for the Denver Broncos from 1985 to 1986 and the Washington Redskins in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

519.    Plaintiff Kevin Scott is a resident of Arizona. He is a retired NFL player who played for the Detroit Lions from 1991 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

520.    Plaintiff Leon Seals is a resident of Mississippi. He is a retired NFL player who played for the Buffalo Bills from 1987 to 1991 and the Philadelphia Eagles in 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

521.    Plaintiff Robert S. Selby is a resident of Alabama. He is a retired NFL player who played for the Philadelphia Eagles from 1990 to 1993 and the Arizona Cardinals from 1994 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

522.    Plaintiff Adam Seward is a resident of Nevada. He is a retired NFL player who

played for the Carolina Panthers from 2005 to 2008, the Indianapolis Colts in 2009, and the Jacksonville Jaguars from 2009 to 2010. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

523.    Plaintiff Curtis Shearer is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

524.    Plaintiff Jason Shelley is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1996 to 1997, the Oakland Raiders in 1998, and the Indianapolis Colts in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

525.    Plaintiff Sanders Shiver is a resident of Maryland. He is a retired NFL player who played for the Baltimore Colts from 1976 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

526.    Plaintiff Les Shy is a resident of Illinois. He is a retired NFL player who played for the Dallas Cowboys from 1968 to 1973. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

527.    Plaintiff Antuan Simmons is a resident of California. He is a retired NFL player who played for the San Diego Chargers in 2001 and the San Francisco 49ers in 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL

Films without his authorization, causing him injury.

528.    Plaintiff David B. Sims is a resident of Georgia. He is a retired NFL player who played for the Seattle Seahawks from 1977 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

529.    Plaintiff Daryle Skaugstad is a resident of Washington. He is a retired NFL player who played for the Houston Oilers from 1981 to 1982, the Green Bay Packers in 1983, the San Francisco 49ers from 1983 to 1984, and the New Orleans Saints in 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

530.    Plaintiff Thomas E. Skladany is a resident of Ohio. He is a retired NFL player who played for the Detroit Lions from 1978 to 1982, and the Philadelphia Eagles in 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

531.    Plaintiff Donald F. Smerek is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1981 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

532.    Plaintiff Antowain D. Smith is a resident of Texas. He is a retired NFL player who played for the Buffalo Bills from 1997 to 2000, the New England Patriots from 2001 to 2003, the Tennessee Titans from 2004 to 2005, and the New Orleans Saints from 2005 to 2006. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

533.    Plaintiff Derek Smith is a resident of Virginia. He is a retired NFL player who played for the Washington Redskins from 1999 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

534.    Plaintiff Edward M. Smith is a resident of Arizona. He is a retired NFL player who played for the Washington Redskins in 1996, the Atlanta Falcons from 1997 to 1998, and the Detroit Lions in 1999, the Philadelphia Eagles in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

535.    Plaintiff JeMone Smith is a resident of Texas. He is a retired NFL player who played for the Philadelphia Eagles in 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

536.    Plaintiff John H. Smith is a resident of Michigan. He is a retired NFL player who played for the Cleveland Browns from 1979 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

537.    Plaintiff John T. Smith is a resident of Arizona. He is a retired NFL player who played for the Kansas City Chiefs from 1979 to 1985, the Washington Redskins in 1979, and the St. Louis Cardinals from 1985 to 1992. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

538.    Plaintiff Lance Smith is a resident of North Carolina. He is a retired NFL player

who played for the St. Louis Cardinals from 1985 to 1987, the Arizona Cardinals from 1988 to 1993, and the New York Giants from 1994 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

539.   Plaintiff Omar Smith is a resident of Florida. He is a retired NFL player who played for the Oakland Raiders in 2001 and the New York Giants from 2002 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

540.   Plaintiff Philip Smith is a resident of California. He is a retired NFL player who played for the Baltimore Colts in 1983, the Indianapolis Colts in 1984, the Philadelphia Eagles in 1986, and the Los Angeles Rams in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

541.   Plaintiff Reginald L. Smith is a resident of Illinois. He is a retired NFL player who played for the Denver Broncos in 1986, the Tampa Bay Buccaneers in 1986, and the Dallas Cowboys in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

542.   Plaintiff Ronnie B. Smith is a resident of Utah. He is a retired NFL player who played for the Los Angeles Rams from 1978 to 1979, the San Diego Chargers from 1980 to 1981, and the Philadelphia Eagles from 1981 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

543.   Plaintiff Robert L. Smith is a resident of California. He is a retired NFL player

who played for the Los Angeles Raiders from 1962 to 1965, and the Detroit Lions from 1965 to 1966. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

544.    Plaintiff Trent Smith is a resident of Oklahoma. He is a retired NFL player who played for the Baltimore Ravens from 2003 to 2005 and the San Francisco 49ers from 2005 to 2007. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

545.    Plaintiff James Spencer is a resident of Texas. He is a retired NFL player who played for the Minnesota Vikings from 1984 to 1985.  Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

546.    Plaintiff Rich Stephens is a resident of Missouri. He is a retired NFL player who played for the Cincinnati Bengals in 1989, the New York Jets in 1989, the Washington Redskins in 1989, the Los Angeles Raiders in 1991, and the Oakland Raiders from 1992 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

547.    Plaintiff Curt Stephenson is a resident of California. He is a retired NFL player who played for the Buffalo Bills in 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

548.    Plaintiff James P. Stewart is a resident of North Carolina. He is a retired NFL player who played for the New Orleans Saints from 1977 to 1978, the Detroit Lions in 1979, and

108

the New England Patriots in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

549.    Plaintiff Ryan Stewart is a resident of Georgia. He is a retired NFL player who played for the Detroit Lions from 1995 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

550.    Plaintiff Arthur B. Still is a resident of Missouri. He is a retired NFL player who played for the Kansas City Chiefs fro 1978 to 1987 and the Buffalo Bills from 1988 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

551.    Plaintiff Walter Stith is a resident of Georgia. He is a retired NFL player who played for the Cleveland Browns from 2006 to 2007 and the Buffalo Bills in 2008. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

552.    Plaintiff Ralph Stockemer is a resident of Texas. He is a retired NFL player who played for the San Diego Chargers in 1986, and the Kansas City Chiefs in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

553.    Plaintiff Dwight Stone is a resident of North Carolina. He is a retired NFL player who played for the Pittsburgh Steelers from 1987 to 1994, the Carolina Panthers from 1995 to 1998, and the New York Jets from 1999 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

554.   Plaintiff Michael Strachan is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 1975 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

555.   Plaintiff Eric Sutton is a resident of California. He is a retired NFL player who played for the Washington Redskins from 1995 to 1996, the Philadelphia Eagles in 1997, and the Oakland Raiders in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

556.   Plaintiff Steven P. Sylvester is a resident of Ohio. He is a retired NFL player who played for the Oakland Raiders from 1975 to 1981, and the Los Angeles Raiders from 1982 to 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

557.   Plaintiff John A. Tarver is a resident of Oregon. He is a retired NFL player who played for the New England Patriots from 1972 to 1974, and the Philadelphia Eagles in 1975. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

558.   Plaintiff Alphonso Taylor is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1992 to 1993, the Denver Broncos from 1993 to 1994, and the San Diego Chargers from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

559.   Plaintiff Eugene Y. Taylor is a resident of California. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1987 to 1988, the San Francisco 49ers in 1989,

the Los Angeles Rams in 1990, and the New England Patriots in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

560.    Plaintiff William T. Taylor is a resident of New Jersey. He is a retired NFL player who played for the New York Giants from 1978 to 1981, the New York Jets in 1981, and the Los Angeles Raiders in 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

561.    Plaintiff Robert E. Taylor is a resident of Florida. He is a retired NFL player who played for the Tampa Bay Buccaneers from 1986 to 1993. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

562.    Plaintiff Mark A. Thomas is a resident of Indiana. He is a retired NFL player who played for the San Francisco 49ers from 1992 to 1994, the Carolina Panthers from 1995 to 1996, the Chicago Bears from 1997 to 1998, and the Indianapolis Colts from 1999 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

563.    Plaintiff Arthur W. Thoms is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 1969 to 1976, and the Philadelphia Eagles in 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

564.    Plaintiff Lewis D. Tillman is a resident of Mississippi. He is a retired NFL player who played for the New York Giants from 1989 to 1993, and the Chicago Bears from 1994 to

1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

565.    Plaintiff Gregory D. Tolver, Jr., is a resident of California. He is a retired NFL player who played for the Miami Dolphins from 2003 to 2005, and the Dallas Cowboys from 2005 to 2006, and the Carolina Panthers in 2005. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

566.    Plaintiff Stephen D. Towle is a resident of Missouri. He is a retired NFL player who played for the Miami Dolphins from 1975 to 1980, and the Detroit Lions from 1981 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

567.    Plaintiff Wendell Tucker is a resident of Illinois. He is a retired NFL player who played for the Kansas City Chiefs in 1966, the Los Angeles Raiders from 1967 to 1970, the Dallas Cowboys in 1971, and the Miami Dolphins in 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

568.    Plaintiff Odessa Turner is a resident of New Jersey. He is a retired NFL player who played for the New York Giants from 1987 to 1991, and the San Francisco 49ers from 1991 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

569.    Plaintiff Greg Turner is a resident of Arizona. He is a retired NFL player who played for the Houston Oilers from 1985 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization,

causing him injury.

570.    Plaintiff Maurice Tyler is a resident of Georgia. He is a retired NFL player who played for the Buffalo Bills in 1972, the Denver Broncos from 1973 to 1974, the San Diego Chargers in 1975, the Detroit Lions in 1976, the New York Jets in 1977, and the New York Giants in 1978. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

571.    Plaintiff Wendell A. Tyler is a resident of California. He is a retired NFL player who played for the Los Angeles Rams from 1977 to 1982, and the San Francisco 49ers from 1983 to 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

572.    Plaintiff Timothy G. Tyrrell is a resident of Illinois. He is a retired NFL player who played for the Atlanta Falcons from 1984 to 1986, the Los Angeles Rams from 1986 to 1988, and the Pittsburgh Steelers from 1988 to 1989. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

573.    Plaintiff Richard Van Druten is a resident of Texas. He is a retired NFL player who played for the Kansas City Chiefs from 1988 to 1989, and the Atlanta Falcons from 1989 to 1990. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

574.    Plaintiff Doug Van Horn is a resident of New Jersey. He is a retired NFL player who played for the Detroit Lions in 1966, and the New York Giants from 1967 to 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

575.    Plaintiff James P. Van Wagner is a resident of Oregon. He is a retired NFL player who played for the New Orleans Saints from 1977 to 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

576.    Plaintiff Patrick Venzke is a resident of Idaho. He is a retired NFL player who played for the Jacksonville Jaguars from 2001 to 2002, the Philadelphia Eagles in 2002, and the Indianapolis Colts from 2003 to 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

577.    Plaintiff Clarence Verdin is a resident of Louisiana. He is a retired NFL player who played for the Washington Redskins from 1986 to 1987, the Indianapolis Colts from 1988 to 1993, and the Atlanta Falcons from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

578.    Plaintiff George Visger is a resident of California. He is a retired NFL player who played for and the San Francisco 49ers from 1980 to 1981, the New York Jets in 1980. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

579.    Plaintiff Mark Walczak is a resident of Arizona. He is a retired NFL player who played for the Buffalo Bills in 1987, the Indianapolis Colts in 1987, the Arizona Cardinals from 1988 to 1989, the San Diego Chargers in 1989, and the San Diego Chargers in 1991. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

580.    Plaintiff William S. Walik is a resident of Washington. He is a retired NFL player

114

who played for the Philadelphia Eagles from 1970 to 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

581.    Plaintiff Bruce Walker is a resident of California. He is a retired NFL player who played for the New England Patriots from 1994 to 1996, and the San Diego Chargers from 1998 to 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

582.    Plaintiff Charles D. Walker is a resident of South Carolina. He is a retired NFL player who played for the St. Louis Cardinals from 1964 to 1972, and the Atlanta Falcons from 1972 to 1975. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

583.    Plaintiff Anthony Wallace is a resident of California. He is a retired NFL player who played for the New Orleans Saints in 1990, and the Atlanta Falcons from 1993 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

584.    Plaintiff Charles Wesley Walls is a resident of North Carolina. He is a retired NFL player who played for the San Francisco 49ers from 1989 to 1993, the New Orleans Saints from 1994 to 1995, the Carolina Panthers from 1996 to 2002, and the Green Bay Packers in 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

585.    Plaintiff William Ward Walsh is a resident of Texas. He is a retired NFL player who played for the Houston Oilers from 1971 to 1972 and the Green Bay Packers in 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL

115

Films without his authorization, causing him injury.

586.    Plaintiff Gayle Ward, personal representative of the estate of John Henry Ward, deceased, is a resident of Oklahoma. John Henry Ward was a retired NFL player who played for the Minnesota Vikings from 1970 to 1975, and the Chicago Bears in 1976, the Tampa Bay Buccaneers in 1976. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

587.    Plaintiff Derek G. Ware is a resident of Arizona. He is a retired NFL player who played for the Arizona Cardinals from 1992 to 1994, the Cincinnati Bengals in 1995, and the Dallas Cowboys in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

588.    Plaintiff Paul D. Warfield is a resident of California. He is a retired NFL player who played for the Cleveland Browns from 1964 to 1969, the Miami Dolphins from 1970 to 1974, and the Cleveland Browns from 1976 to 1977. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

589.    Plaintiff Tina Ricks, personal representative of the estate of Andre Waters, deceased, is a resident of Florida. Andre Waters was a retired NFL player who played for the Philadelphia Eagles from 1984 to 1993, and the Arizona Cardinals from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, or the authorization of his estate, causing him injury.

590.    Plaintiff Charles T. Waters is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys from 1970 to 1982. Upon information and belief, his image has

been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

591.    Plaintiff Robert A. Watkins is a resident of Texas. He is a retired NFL player who played for the Chicago Bears from 1955 to 1957. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

592.    Plaintiff Richard J. Watters is a resident of Florida. He is a retired NFL player who played for the San Francisco 49ers from 1991 to 1994, the Philadelphia Eagles from 1995 to 1997, and the Seattle Seahawks from 1998 to 2002. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

593.    Plaintiff Robert Weathers is a resident of Florida. He is a retired NFL player who played for the New England Patriots from 1982 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

594.    Plaintiff Jonathan Welsh is a resident of Texas. He is a retired NFL player who played for the Indianapolis Colts from 2005 to 2007. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

595.    Plaintiff Theodore Wheeler, III, is a resident of Michigan. He is a retired NFL player who played for the St. Louis Cardinals from 1967 to 1968, and the Chicago Bears from 1969 to 1970. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

596.    Plaintiff David M. White is a resident of New York. He is a retired NFL player who played for the New England Patriots in 1993 and the Buffalo Bills from 1995 to 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

597.    Plaintiff Russell White is a resident of California. He is a retired NFL player who played for the Los Angeles Rams from 1993 to 1994, the Green Bay Packers in 1995, and the San Francisco 49ers in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

598.    Plaintiff Sherman White is a resident of California. He is a retired NFL player who played for the Cincinnati Bengals from 1972 to 1976, and the Buffalo Bills from 1976 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

599.    Plaintiff A.D. Whitfield, Jr., is a resident of Texas. He is a retired NFL player who played for the Dallas Cowboys in 1965 and the Washington Redskins from 1966 to 1968. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

600.    Plaintiff David Widell is a resident of Florida. He is a retired NFL player who played for the Dallas Cowboys from 1988 to 1989, the Denver Broncos from 1990 to 1994, the Jacksonville Jaguars from 1995 to 1997, and the Atlanta Falcons in 1998. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

601.    Plaintiff Paul A. Wiggins is a resident of Texas. He is a retired NFL player who played for the Pittsburgh Steelers from 1997 to 1999, the Washington Redskins from 1999 to

2000, and the Denver Broncos from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

606.   Plaintiff James David Wilkins, II, is a resident of Ohio. He is a retired NFL player who played for the San Francisco 49ers in 1992 and the Indianapolis Colts in 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

603.   Plaintiff Calvin J. Williams, Jr., is a resident of Maryland. He is a retired NFL player who played for the Philadelphia Eagles from 1990 to 1995, the Baltimore Ravens in 1996 and the Philadelphia Eagles in1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

604.   Plaintiff Delvin Williams is a resident of California. He is a retired NFL player who played for the San Francisco 49ers from 1974 to 1977, the Miami Dolphins from 1978 to 1980, and the Green Bay Packers in 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

605.   Plaintiff Eric Williams is a resident of Texas. He is a retired NFL player who played for the Detroit Lions from 1984 to 1990, and the Washington Redskins from 1990 to 1994. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

606.   Plaintiff Kendall Williams is a resident of Nevada. He is a retired NFL player who played for the Dallas Cowboys in 1982, the San Francisco 49ers in 1983, and the Baltimore

Colts in 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

607.    Plaintiff Lester J. Williams is a resident of Alabama. He is a retired NFL player who played for the New England Patriots from 1982 to 1985, the San Diego Chargers from 1985 to 1986, and the Seattle Seahawks in 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

608.    Plaintiff Marcus Williams, Jr., is a resident of California. He is a retired NFL player who played for the Oakland Raiders from 2001 to 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

609.    Plaintiff Newton Williams is a resident of North Carolina. He is a retired NFL player who played for the San Francisco 49ers from 1982 to 1983, the Baltimore Colts from 1983 to 1984, and the Indianapolis Colts from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

610.    Plaintiff Oliver Williams, Jr., is a resident of California. He is a retired NFL player who played for the Chicago Bears in 1983, the Indianapolis Colts from 1985 to 1986, and the Houston Oilers in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

611.    Plaintiff John A. Williams is a resident of Washington. He is a retired NFL player who played for the Dallas Cowboys in 1985, the Seattle Seahawks in 1985, the New Orleans Saints in 1986, and the Indianapolis Colts in 1987. Upon information and belief, his image has

been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

612.    Plaintiff John L. Williams is a resident of Florida. He is a retired NFL player who played for the Seattle Seahawks from 1986 to 1993, and the Pittsburgh Steelers from 1994 to 1995. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

613.    Plaintiff James E. Williams is a resident of Georgia. He is a retired NFL player who played for the New Orleans Saints from 1990 to 1994, the Jacksonville Jaguars in 1995, the Atlanta Falcons in 1996, the San Francisco 49ers from 1997 to 1998, and the Cleveland Browns from 1999 to 2000. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

614.    Plaintiff Darryl E. Williams is a resident of California. He is a retired NFL player who played for the Los Angeles Raiders from 1983 to 1987, and the San Francisco 49ers in 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

615.    Plaintiff Erik G. Williams is a resident of Delaware. He is a retired NFL player who played for the Dallas Cowboys from 1991 to 2000, and the Baltimore Ravens in 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

616.    Plaintiff Michael H. Williams is a resident of Louisiana. He is a retired NFL player who played for the San Diego Chargers from 1975 to 1982 and the Los Angeles Rams in 1983. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

617.    Plaintiff Roydell Williams is a resident of Louisiana. He is a retired NFL player who played for the Tennessee Titans from 2005 to 2007 and the Washington Redskins in 2010. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

618.    Plaintiff Walter Williams is a resident of Texas. He is a retired NFL player who played for the Detroit Lions from 1977 to 1980, the Minnesota Vikings from 1981 to 1982, and the Chicago Bears from 1982 to 1984. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

619.    Plaintiff Dudley Williams is a resident of Texas. He is a retired NFL player who played for the Denver Broncos from 1981 to 1982. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

620.    Plaintiff Lee Williamson is a resident of North Carolina. He is a retired NFL player who played for the Houston Oilers from 1993 to 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

621.    Plaintiff Donald Wilson is a resident of California. He is a retired NFL player who played for the Buffalo Bills from 1984 to 1985. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

622.    Plaintiff Sirmawn Wilson is a resident of North Carolina. He is a retired NFL player who played for the Miami Dolphins in 1996, the Denver Broncos from 1998 to 1999, and the New England Patriots from 1999 to 2000. Upon information and belief, his image has been

122

used and continues to be used in productions of NFL Films without his authorization, causing him injury.

623.    Plaintiff Gillis Wilson is a resident of Louisiana. He is a retired NFL player who played for the Carolina Panthers from 2000 to 2002, the New York Giants in 2003, and the Arizona Cardinals in 2004. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

624.    Plaintiff Jeffrey D. Winans is a resident of Florida. He is a retired NFL player who played for the Buffalo Bills from 1973 to 1975, the New Orleans Saints in 1976, the Tampa Bay Buccaneers from 1977 to 1978, and the Oakland Raiders from 1979 to 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

625.    Plaintiff Joseph Wolf is a resident of Pennsylvania.  He is a retired NFL player who played for the Arizona Cardinals from 1989 to 1998.  Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

626.    Plaintiff Terry Wright is a resident of Arizona. He is a retired NFL player who played for the Indianapolis Colts from 1978 to 1988. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

627.    Plaintiff Toby L. Wright is a resident of Arizona. He is a retired NFL player who played for the Los Angeles Rams from 1994 to 1998 and the Washington Redskins in 1999. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

628.    Plaintiff Torrey Wright is a resident of Arizona. He is a retired NFL player who played for the New York Giants in 1992, and the Cincinnati Bengals in 1997. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

629.    Plaintiff Louis D. Wright is a resident of Colorado. He is a retired NFL player who played for the Denver Broncos from 1975 to 1986. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

630.    Plaintiff Destry Wright is a resident of Mississippi. He is a retired NFL player who played for the Pittsburgh Steelers from 2000 to 2001. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

631.    Plaintiff Steve T. Wright is a resident of Georgia. He is a retired NFL player who played for the Green Bay Packers from 1964 to 1967, the New York Giants from 1968 to 1969, the Washington Redskins in 1970, the Chicago Bears in 1971, and the St. Louis Cardinals in 1972. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

632.    Plaintiff Renard Young is a resident of California. He is a retired NFL player who played for the Seattle Seahawks in 1984 and the Seattle Seahawks in 1987. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

633.    Plaintiff Frank M. Youso is a resident of Minnesota. He is a retired NFL player who played for the New York Giants from 1958 to 1960, the Minnesota Vikings from 1961 to

1962, and the Oakland Raiders from 1963 to 1965. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

634.    Plaintiff Steven Zabel is a resident of Oklahoma. He is a retired NFL player who played for the Philadelphia Eagles from 1970 to 1974, the New England Patriots from 1975 to 1978, and the Baltimore Colts in 1979. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

635.    Plaintiff Emanuel Zanders is a resident of Louisiana. He is a retired NFL player who played for the New Orleans Saints from 1974 to 1980 and the Chicago Bears in 1981. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

636.    Plaintiff Edward R. Zeman is a resident of California. He is a retired NFL player who played for the San Diego Chargers from 1960 to 1961, the Denver Broncos from 1962 to 1963, and the San Diego Chargers from 1965 to 1966. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

637.    Plaintiff Scott Zimmerman is a resident of Colorado. He is a retired NFL player who played for the Miami Dolphins in 2000, the St. Louis Rams from 2000 to 2001, the Dallas Cowboys from 2001 to 2002, and the Carolina Panthers in 2003. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

638.    Plaintiff Eric Zomalt is a resident of California. He is a retired NFL player who

played for the Philadelphia Eagles from 1994 to 1996 and the New York Jets in 1996. Upon information and belief, his image has been used and continues to be used in productions of NFL Films without his authorization, causing him injury.

639.    Defendant, National Football League (hereinafter referred to as "the NFL") is an unincorporated association founded in 1920 as the American Professional Football Association. The NFL consists of thirty-two independent football clubs and maintains a principal place of business at 280 Park Avenue, New York, NY 10017.

640.    The NFL also owns and operates NFL Network, a television venture launched in November 2003 that is broadcast through various cable and satellite providers.  The NFL Network has tens of millions of subscribers and viewers.

641.    Defendant NFL regularly engages in business in this judicial district.

642.    Defendant NFL Films, Inc. is a corporation organized under the laws of Delaware, the state of its incorporation, with a principal place of business located at One N.F.L. Plaza, Mt. Laurel, New Jersey 08054.

643.    Since the 1960's, Defendant NFL Films, Inc. has been engaged in the business of filming and/or distributing motion pictures of NFL football games for promotional and commercial purposes.

644.    NFL Films, Inc. had been a "subsidiary" of the National Football League in that the NFL owners own and /or otherwise control NFL Films, Inc.

645.    Defendant NFL Films, Inc. regularly engages in business in this judicial district. Defendant regularly films football games at Heinz Field in Pittsburgh, Pennsylvania and produces other projects in Pennsylvania and the Pittsburgh area.  It also formerly filmed games at Three Rivers Stadium in Pittsburgh.

126

646.    Defendant NFL Productions, L.L.C. is a limited liability company with its principal place of business in New Jersey located at One NFL Plaza, Mt. Laurel, NJ 08054 and organized under the laws of the State of Delaware. NFL Productions controls the footage of NFL games that include the images of Plaintiffs as well as footage that was shot in this judicial district. On information and belief Defendant NFL Productions, L.L.C. regularly conducts business within this judicial district.

647.    Plaintiffs refer to Defendants collectively as "NFL Defendants" because on information and belief the actions of the NFL Defendants are ultimately controlled by the NFL itself and its owners.

## JURISDICTION AND VENUE

648.    This Court has subject matter jurisdiction over the present action pursuant to 28 U.S.C. § 1331 because this action arises under the Lanham Act, 15 U.S.C. § 1525. The Court has jurisdiction over Plaintiffs' state and common law claims under 28 U.S.C. § 1367 because those claims are so related to the federal claims that they form part of the same case or controversy. This Court also has jurisdiction over this mass action pursuant to 28 U.S.C. § 1332(d) because one or more of the Plaintiffs is/are a citizen of a state different than the Defendants' citizenship, there are more than 100 Plaintiffs, and, on information and belief, the aggregate amount in controversy exceeds the jurisdictional amount of $5 million.

649.    Venue in this Court is proper pursuant to 28 U.S.C. § 1391 because some Plaintiffs reside in this judicial district, a substantial part of the events or omissions giving rise to claims occurred in this judicial district, and the NFL Defendants transact business within this judicial district and are subject to the *in personam* jurisdiction of this Court.

650.    Moreover, this judicial district is home to one of the most storied NFL teams of all time, the Pittsburgh Steelers.  Indeed, the Immaculate Reception, recognized by Defendant NFL Films as the "Greatest Play of All Time", unfolded and was recorded by NFL Films in what was Three Rivers Stadium, just a short walk from this Court's doorstep.  As the narrator in one of NFL Films' productions reproducing the play proclaimed, "[t]he greatest miracle play in sports history had taken place.  The catch was instantly dubbed 'the Immaculate Reception'.  Somehow even that doesn't do it justice."

651.    As just one example of the type of claims brought herein, the actions of Jack Tatum were essential to the sequence of the Immaculate Reception.  The verbatim visual record of his efforts has been a part of numerous NFL Films productions and has been licensed, broadcast or otherwise disseminated by NFL Defendants untold times generating untold revenue for them.  However, neither Jack Tatum, nor his Estate, has ever authorized the use of his image in those productions.  His Estate is one of the Plaintiffs herein.

## FACTS

652.    The NFL Defendants' glorification of NFL history is a vital component of its present marketing and revenue-generation efforts.

653.    The NFL Defendants use NFL Films to sell products, enhance its brand and generate revenue.

654.    As a part of this effort, the NFL Defendants use the names, images, symbols, and likenesses of retired NFL players to sell products, enhance its present brand and generate revenue.

655.    The NFL Films website has explicitly stated that its "function" is "[t]o promote the National Football League and preserve its history for generations of future fans."

128

656.    Sports Illustrated has called NFL Films "the most effective propaganda organ in the history of corporate America."

657.    The subjects of these propaganda works are retired NFL Players, including Plaintiffs, and the NFL Defendants use their names, images, symbols, and likenesses in their films to promote the NFL, sell products, and generate income. The retired players, including Plaintiffs, are not compensated by the NFL Defendants for the use of their names, images, symbols, and likenesses.

658.    NFL Defendants produce commercial and promotional films highlighting the NFL's past, utilizing raw footage of former players taken from their voluminous archive of filmed professional football games and related events, and developing brand new promotional and marketing products based on that footage.

659.    In 2009, Barry Wolper, Vice President of NFL Films, stated that "NFL Films is the world's largest sports film library, containing more than 100 million feet of NFL archival footage. While the collection amounts to millions of dollars worth of film, the memories associated with these legendary games and plays are priceless."

660.    NFL Films' productions are not broadcasts, re-broadcasts, or basic accounts of NFL games. Rather, NFL Films' productions are promotional and commercial film productions with scripts, music, editing, direction and production.

661.    The NFL Defendants have distributed and distribute NFL Films in several ways. The NFL broadcasts NFL Films features on its own NFL Network, and for years NFL Defendants have licensed productions to cable television stations such as ESPN, ESPN Classic, HBO, and major non-cable networks. The NFL Defendants also sell NFL Films movies directly to consumers in catalogs, over the Internet, and at retail outlets. The NFL Defendants have

129

earned and will earn substantial revenue from these uses of Plaintiffs' identities and have caused damage to Plaintiffs.

662.    The NFL Defendants have earned enormous revenues from NFL Films, including but not limited to fees paid by networks to air the films, revenue from advertisements run during the broadcast of the films, sales of the films as individual products, and from the revenue generated by the realized promotional effect of the films on the NFL's brand and marketability.

663.    Using its NFL Network alone, the NFL broadcasts "hundreds of hours" of NFL Films productions and other programming featuring retired NFL players each year. As the NFL described it, "[a]s a year-round channel, NFL Network will draw heavily on the resources of NFL Films and its new 200,000 square foot television and film studio complex as well as its immense film library to produce hundreds of hours of original and classic programming including, but not limited to, NFL Films Presents and NFL Films Presents - Game of the Week in HD, Playbook, College Football Sunday, Football America, Point After, and Film Session." Indeed, "[w]ith more than 100 million feet of film in its library, NFL Films is the backbone of NFL Network."

664.    The NFL Defendants also sell hundreds of different NFL Films productions directly to consumers, nationally and internationally, at retail outlets, in catalogs and over the Internet at www.nflfilms.com, www.nflshop.com and through Warner Home Video at www.profootballdvd.com.  In addition to selling NFL Films, the NFL Defendants license NFL Films and the identities of retired NFL Players for numerous other commercial purposes.

665.    The NFL Films' website offers hundreds of productions available for purchase. The NFL Defendants use the names of specific retired NFL players to promote many of the films for sale.  The NFL Defendants use the names, images, symbols, and likenesses of retired NFL

130

players on the packaging, advertising, and sales descriptions of other NFL Films' productions and products available elsewhere.

666.   The NFL Defendants have sold and sell NFL Films' productions and other utilizations of the identities of Plaintiffs around the world, causing damage to Plaintiffs.

667.   The NFL Defendants have used the names, images, symbols, and/or likenesses of retired players commercially on the Internet to promote the NFL's brand, to sell products, and to otherwise increase the NFL's revenue as an independent entity and on behalf of its thirty-two member clubs.

668.   The identities of retired players the NFL Defendants have used to generate revenue are readily identifiable because they are portrayed by name, image, uniform, number, likeness, symbol, and/or other unique aspects, not to mention announcers and narrators identifying various players as well.

669.   Moreover, these images are not altered, yet are the absolute essence of the NFL Films productions.  Without the use of players' images, there would be nothing to depict in the productions, nothing of interest to fans and consumers, and hence no value in the finished commercial work.

670.   Hence, the depiction of player likeness is central to the core of the experience of watching the footage. Other added features of NFL  Films' products, such as music, do not alter or transform Plaintiffs' identities in any way, let alone in any significant way.

671.    In addition, on information and belief, the NFL Defendants have digitized much of its entire NFL Films' library and archives so that Plaintiffs may be searched for and isolated by year, game, team, and/or player name.

672.   The NFL is fully aware of the extremely high value of the names, images,

symbols, and likenesses of its players and takes extreme measures to restrict access and dissemination of NFL player footage and images in any form. For instance, the NFL restricts media, including local news outlets, to showing only 45 seconds per day of footage of NFL players shot in any fashion at league or team facilities. This includes non-playing situations such as news conferences, interviews and practice-field reports. If a media outlet shows any footage on its website, the NFL requires the outlet to provide links to both www.nfl.com and to the player's NFL team's website. The NFL bars non-affiliated media outlets from selling any Internet advertising connected to the presentation of NFL player footage on non-NFL affiliated websites.

673.    The NFL's restrictions of player images and footage are not limited only to current players. If a media outlet, such as a local news station, wishes to use footage of retired players as part of reporting the news, it must pay the NFL large fees.

674.    The NFL also prohibits retired NFL players, including Plaintiffs, from using their own names, images, likenesses, symbols, and other indicia of identity as players to promote themselves commercially or otherwise profit. If, for example, a player attempts/attempted to promote himself or his business by showing footage of himself as a player, the NFL would immediately order him to cease. The NFL does, in certain circumstances, allow such promotional uses by retired players, but only if a player pays the NFL exorbitant sums for the right to do so. Even then, the player is at the mercy of the NFL, which maintains the ability to withdraw its permission at any time, for any reason or for no reason at all.

675.    The NFL's intent in restricting public access to the names, images and identities of its players is to drive fans and revenue to NFL-owned and affiliated outlets to view NFL images, footage and programming. As one team spokesman, the Washington Redskins' Chris

132

Helein, informed the Washington Post, "There are a number of reasons for [barring videographers], but it's basically a content issue[.] I won't hide ... the fact that the NFL and everything that surrounds it is valuable content".

676.    This extremely high value of these images factored into the motive of the NFL in creating its own NFL Network in 2003 to drive and capture fans seeking programming related to professional football. As the NFL describes it, "NFL Network is a melting pot of gridiron greats from the NFL's past, present and future that will sate the voracious appetites of millions of football fans across the country."

677.    Further evidence of the great value of NFL players' likenesses is found in the standard player contract for NFL players. Beginning in 1993, the NFL began requiring active player contracts to include clauses granting the NFL the authority to use the players' names, images, and likenesses to publicize and promote the NFL. Such assignments do not apply to retired players, because their player contracts are, by definition, no longer in force.

678.    By their present Complaint, Plaintiffs seek to obtain their fair share of the revenues the NFL Defendants have earned, presently earns, and will earn, by the NFL's use of their identities.

679.    Plaintiffs have joined their claims in one action because they assert a right to relief arising out of the same series of transactions, namely the NFL Defendants' production and dissemination of advertising works that include their identities. Moreover, the following questions of law or fact are common to all Plaintiffs in the action:

a.    Did the NFL Defendants use Plaintiffs' identities?

b.    Did said use by the NFL Defendants produce advantage or economic gain?

c.    Did Plaintiffs authorize NFL Defendants to use their images, symbols, and/or likenesses commercially for economic gain?

d.    Are Plaintiffs entitled to relief for False Endorsement under
§ 43(a)(I)(A) of the Lanham Act?

e.    Are Plaintiffs entitled to relief under applicable law protecting rights of publicity?

f.    Are Plaintiffs' claims barred in whole or in part by any of NFL Defendants'
affirmative defenses?

g.    Did Plaintiffs suffer damage as a result of the NFL Defendants' use of their
names, images, symbols, and/or likenesses?

## FIRST CAUSE OF ACTION
### (False Endorsement, § 43(a) of the Lanham Act, (15 U.S.C. § 1125))

680.    Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

681.    § 43(a)(1)(A) of the Lanham Act states:

(1)    Any person who, on or in connection with any goods or services, or any
container for goods, uses in commerce any word, term, name, symbol, or device,
or any combination thereof..., which-

(A)    is likely to cause confusion, or to cause mistake, or to
deceive as to the affiliation, connection, or association of such
person with another person, or as to the origin, sponsorship, or
approval of his or her goods, services, or commercial activities by
another person ... shall be liable in a civil action by any person who
believes that he or she is or is likely to be damaged by such act.

682.    NFL Defendants use the actual names of retired NFL players on its website to

promote the league, and on its NFL Films' website catalog, among other places, to identify and

solicit sales of its NFL products.

683.    NFL Defendants also use the names, images, symbols, and/or likenesses of retired

NFL players, including Plaintiffs, in NFL Films' productions, among other places, for the

explicit purpose of promoting the NFL, increasing its brand awareness, and creating revenue

through product sales and consumer preference of the NFL over other entertainment options.

684.    NFL Defendants use the actual names of retired NFL Players in connection with

134

product descriptions and do so for the purpose of advertising and selling specific NFL Films'
videos and other products. The NFL Defendants also use the names, images, symbols, and
likenesses of retired players in connection with promoting the NFL as a specific, consumable
entertainment product.

685.    The identities of the Plaintiffs the NFL Defendants feature in its promotional NFL
Films and other products are recognizable. The names, images, and likenesses of all professional
athletes are highly recognizable because of the popularity of professional sports. Professional
players also wear uniforms, numbers, and name plates, and/or have readily identifiable
movements, statements, or accessories making them readily recognizable to consumers.

686.    The NFL Defendants' motivation in producing NFL Films and featuring the
names, images, symbols, and/or likenesses of Plaintiffs is purely economic. The motivation is to
sell NFL products, increase the NFL's brand power by its glorifying its past, and to persuade
consumers to spend money on the NFL and its member teams instead of other entertainment
options.

687.    NFL Defendants do not simply use the names, images, symbols, and likenesses of
Plaintiffs to report the news or for historical pieces. NFL Defendants use Plaintiffs for
promotional pieces intended to portray the NFL in the most positive light possible. At no point
in any NFL Film does anyone criticize the NFL, as they would if it were an objective news or
historical piece.

688.    NFL Films are not 30-second television advertisements, but they are intended to
and do serve the same promotional purpose. Similar to "infomercials", NFL Films are intended
to focus consumers on the drama and intrigue of the NFL as a consumable entertainment
product. Plaintiffs are uncompensated stars of these promotional films.

135

689.    Plaintiffs have legally protectable rights in their names, images, symbols, and/or likenesses: Plaintiffs own these rights outright. Any assignment of such rights made, for example, in their standard player contracts, expired with the expiration of such contracts.

690.    The NFL Defendants' use of the names, images, symbols, and/or likenesses of Plaintiffs in its promotional NFL Films productions and other products is likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of the NFL with Plaintiffs as to the origin, sponsorship, or approval of the goods, services, or commercial activities by Defendant. Plaintiffs do not sponsor or approve of the goods and services for which the NFL Defendants are using their names, images, symbols, and/or likenesses without authorization.

691.    The NFL Defendants' use of the names, images, symbols, and/or likenesses of Plaintiffs in its promotional NFL Films productions and other products creates actual confusion concerning Plaintiffs' sponsorship or approval of those goods or services.

692.    As a direct and proximate result of NFL Defendants' misconduct, Plaintiffs have suffered injury.

## SECOND CAUSE OF ACTION
### (Violations of State Right of Publicity)

693.    Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

694.    Plaintiffs have been and continue to be injured as a result of NFL Defendants' misappropriation of their publicity rights by use of the Internet, television and by other means.

695.    NFL Defendants have violated Plaintiffs' right of publicity under applicable law.

696.    As a direct and proximate result of the NFL Defendants' unlawful conduct, Plaintiffs have been injured.

### THIRD CAUSE OF ACTION
### (Unjust Enrichment)

697.    Plaintiffs incorporate all preceding paragraphs as if fully set forth herein.

698.    NFL Defendants have been unjustly enriched by obtaining money through unlawful means and at the expense of Plaintiffs.

699.    Under common law principles of unjust enrichment, NFL Defendants should not be permitted to retain the benefits conferred by such ill-gotten income.

700.    Plaintiffs seek disgorgement of all of monies NFL Defendants have obtained or derived from the unauthorized use of Plaintiffs' identities for promotional or commercial purposes.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs ask this Court:

a.  Award Plaintiffs equitable relief as allowed by law, including issuing an injunction prohibiting the NFL Defendants from broadcasting, distributing or otherwise disseminating any production using the names, images, symbols, and/or likenesses of Plaintiffs;

b.  Award Plaintiffs all damages allowed by law;

c.  Grant Plaintiffs declaratory relief as allowed by law;

d.  Award Plaintiffs costs and attorneys' fees against NFL Defendants as allowed by law; and

e.  Grant such other or further relief as allowed by law and as the Court deems appropriate.

### DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a trial by jury.

137

Dated:  December 23, 2013                    Respectfully submitted,

                                             GOLDBERG, PERSKY & WHITE, P.C.


                                             /s/*Jason E. Luckasevic*
                                             Jason E. Luckasevic, Esquire
                                             PA I.D. # 85557
                                             jluckasevic@gpwlaw.com
                                             Jason T. Shipp, Esquire
                                             PA I.D. #87471
                                             jshipp@gpwlaw.com
                                             1030 Fifth Avenue
                                             Pittsburgh, Pennsylvania 15219
                                             (412) 471-3980 (phone)
                                             (412) 471-8308 (facsimile)