IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE TATUM, et al., | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:13-CV-01814-LPL |
| vs. | ) |
| | ) |
| NATIONAL FOOTBALL LEAGUE; | ) (Filed Electronically) |
| NFL FILMS, INC.; and NFL | ) |
| PRODUCTIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE
TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO TRANSFER**

Defendants the National Football League, NFL Films, Inc., and NFL Productions, LLC, by and through their undersigned counsel, respectfully request leave to immediately file a Reply Memorandum in Support of their Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), in the form attached hereto as Exhibit A. Defendants seek to file the reply to address issues not already discussed in their principal brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 5, 2014 | s/ Erin Lucas Hamilton |

Charles B. Gibbons
Pa. 08284
charles.gibbons@bipc.com
Brian H. Simmons
Pa. 84187
brian.simmons@bipc.com
Erin Lucas Hamilton
Pa. 93852
erin.hamilton@bipc.com

BUCHANAN INGERSOLL & ROONEY
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219
(412) 562-8800
(412) 562-1041 (fax)

Daniel J. Connolly
Aaron D. Van Oort
FAEGRE BAKER DANIELS
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

Bruce P. Keller
Michael Schaper
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, New York 10022
(212) 909-6000

*Attorneys for Defendants National Football League; NFL Films, Inc.; and NFL Productions, LLC*