IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE TATUM, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:13-CV-01814-LPL |
| NATIONAL FOOTBALL LEAGUE; NFL FILMS, INC.; and NFL PRODUCTIONS, LLC, | ) (Filed Electronically) |
| Defendants. | ) |

## (PROPOSED) ORDER OF COURT

AND NOW, this ___ day of March, 2014, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER is GRANTED.

BY THE COURT:

_____
Lisa Pupo Lenihan
United States Magistrate Judge