IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE TATUM, *e al.*,           ) | |
| ) | Civil Action No. 2:13-cv-1814 |
| Plaintiffs,           ) | |
| ) | Chief Magistrate Judge Lisa Pupo |
| v.           ) | Lenihan |
| NATIONAL FOOTBALL LEAGUE*., et al.*,    ) | |
| ) | |
| Defendants.           ) | ECF No. 12 |
| ) | |
| ) | |

**ORDER ON DEFENDANTS' MOTION TO TRANSFER
PURSUANT TO 28 U.S.C. §1404(a)**

**AND NOW**, this 24th day of April, 2014, in consideration of the Motion to Transfer Pursuant to 28 U.S.C. §1404(a) filed by Defendants, the National Football League, NFL Films, Inc., and NFL Productions, LLC (ECF No. 12), and briefs in support, and in opposition thereto, **IT IS HEREBY ORDERED** that said motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this action to the District of Minnesota for all further proceedings **FORTHWITH**, pursuant to 28 U.S.C. §1404(a), for convenience of the parties and witnesses, and in the interest of justice and judicial economy.

BY THE COURT:

 /s Lisa Pupo Lenihan
LISA PUPO LENIHAN
Chief United States Magistrate Judge

cc:   All Counsel of record
       *Via Electronic Mail*